**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| LUIS ALEJANDRO GARZA | * <br> * <br> * |
| | *     CIVIL ACTION NO. **B - 0 2 - 0 1 9** |
| VS. | *     FEDERAL TORT CLAIMS ACT |
| | * |
| | * **CIVIL ACTION** |
| THE UNITED STATES OF AMERICA | * **B - 0 2 - 1 5 4** |
| | * |

**MISCELLANEOUS**

United States District Court
Southern District of Texas
FILED

JUL 2 6 2002

Michael N. Milby
Clerk of Court

## AFFIDAVIT OF INABILITY TO PAY COSTS

BEFORE ME, the undersigned authority on this day personally appeared LUIS ALEJANDRO GARZA, known to me, who, being by me duly sworn, deposed and said on his oath that:

1.  I am of the age of majority and of sound mind, capable of making this affidavit, personally acquainted with the facts stated therein as the Movant, Luis Alejandro Garza, in the above-entitled and numbered cause.

2.  I submit this affidavit in support of a claim of indigence.

3.  I state that I am too poor to pay the costs of court and am unable to give security.

4.  I state that my name is Luis Alejandro Garza and my mailing address is #924-34-079, Federal Correctional Facility, P.O. Box 4200 Special Housing, Three Rivers, Texas 78071. My social security number is 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.

5.  My average income per month is $ —0— .

6.  I have no other income producing property.

7.  I have a spouse. Her name is Melissa Cristina Calzada and resides

at 154 Helen Ln., Brownsville, Texas 78521.

8.    I have no checking or savings account.

9.    I have one (1) dependent, Luis Alejandro Garza Jr. (DOB 7/2/99.)

10.    I have read this affidavit and by executing this affidavit, state that the above and foregoing is true and correct in all particulars.


_Luis Alejandro Garza_
LUIS ALEJANDRO GARZA


SWORN TO AND SUBSCRIBED BEFORE ME on this ____9 th____ day of
____July____, 2002, to certify which witness my hand and seal of office

_Tammy Jo Hudek_
Notary Public, State of Texas
Print Name _Tammy Jo Hudek_
My Commission Expires: _12-15-2004_

SEAL:

Tammy Jo Hudek
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12-15-2004