3

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

AO 240A (1/94)

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

**CIVIL ACTION**

B-02-154

Luis Alejandro Garza
Plaintiff

v.

The United States Of America
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: MISC. B-02-18

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ The clerk is directed to file the complaint.

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this ___12th___ day of ___August___, 19 __2202__.

_____
Signature of Judicial Officer

Felix Recio, U.S. Magistrate Judge
Name and Title of Judicial Officer