

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

OCT 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS ALEJANDRO GARZA | * |
| | * |
| VS | * C.A. NO. B-02-154 |
| | * |
| THE UNITED STATES OF AMERICA | * |

**NOTICE OF DISMISSAL
FOR LACK OF PROSECUTION**

On October 15, 2002, the Court reviewed the case file in the above-captioned matter, and it appears that on August 12, 2002, a summons was issued for the Defendant and hand-delivered to Plaintiff's counsel for service. The Plaintiff has not returned the executed summons.

It is, therefore, **ORDERED** that this 28 U.S.C. § 2671 Complaint be placed on the dismissal docket for lack of prosecution and dismissed thereafter if no response is received from Plaintiff by November 29, 2002.

DONE at Brownsville, Texas, this 16th day of October 2002.

Felix Recio
United States Magistrate Judge