# CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

JAN 0 7 2003

Michael N. Milby
Clerk of Court

LAW CLERK:    Ryan A Byrd

Date:    Jan 7, 2003, at 2:00pm

---

## C.A. NO.   B-02-154 (HGT)

---

| | |
|---|---|
| LUIS ALEJANDRO GARZA | * Barry R Benton |
| VS | * |
| UNITED STATES OF AMERICA | * Nancy L Masso |

---

## SCHEDULING CONFERENCE

Attorneys Benton and Masso appeared.

The parties were informed that this Court would request Judge Tagle to transfer this cause of action to the Corpus Christi Division for judicial resource conservation.