**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS ALEJANDRO GARZA | * |
| VS | * C.A. NO. B-02-154 |
| UNITED STATES OF AMERICA | * |

### ORDER SETTING SCHEDULING CONFERENCE

The above-captioned cause of action will remain in the Brownsville Division.

A scheduling conference is hereby set for January 16, 2003, at 2:00 p.m., before this Court.

DONE at Brownsville, Texas, this 10th day of January 2003.

Felix Recio
United States Magistrate Judge