*11*

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § | **United States District Court**<br>**Southern District of Texas**<br>**ENTERED** |
| VS | § | C.A. NO. B-02-154 |
| | | (Judge Tagle) |
| UNITED STATES OF AMERICA | § | **JAN 1 7 2003** |

**United States District Court**
**Southern District of Texas**
**ENTERED**

**JAN 1 7 2003**

**Michael N. Milby, Clerk of Court**
**By Deputy Clerk**

## SCHEDULING ORDER

1.   Trial: Estimated time to try: __5__ days.          ☑ Bench   ☐ Jury

2.   New parties must be joined by:                                April 14, 2003
     *Furnish a copy of this scheduling order to new parties.*

3.   The plaintiff(s)' experts will be named with a report furnished by:   April 24, 2003

4.   The defendant(s)' experts must be named with a report furnished
     within 30 days of the deposition of the plaintiff(s)' expert.      May 16, 2003

5.   Discovery must be completed by:                              July 01, 2003
     *Counsel may agree to continue discovery beyond the deadline, but there will be*
     *no intervention by the Court. No continuances will be granted because of*
     *information acquired in post-deadline discovery.*

*********************   The court will provide these dates.   ***********************

6.   Dispositive Motions will be filed by:                      August 04, 2003

7.   Joint pretrial order is due:                              September 15, 2003
     *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.   Docket call and final pretrial conference before Judge Tagle
     is set for 1:30 p.m. on:                                  October 2, 2003

9.   The jury selection before Judge Tagle is set for 9:00 a.m. on:   October 6, 2003
     The case will remain on standby until tried.

Signed __January 16, 2003__, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge