## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA,<br>    Plaintiff, | *<br>*<br>* | United States District Court<br>Southern District of Texas<br>FILED |
| v. | *   Civil Action No. B-02-154<br>* | JUL 2 2 2003 |
| UNITED STATES OF AMERICA,<br>    Defendant. | *<br>* | Michael N. Milby<br>Clerk of Court |

### UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR STATUS HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, defendant herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, requests that this Court schedule a status conference for the above referenced lawsuit. The United States seeks this conference—with the concurrence of opposing counsel—so that it may discuss with the Court unanticipated discovery problems and the possible need for an extension of deadlines in the case.

### Statement of Consultation

I verify that on July 22, 2003, I spoke with Plaintiff's attorney, Barry Benton. Mr. Benton does not oppose this motion.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
(956) 548-2554 Fax (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing United States of America's Unopposed Motion for Status Hearing was mailed and faxed on this the 22nd day, July, 2003 via Certified Mail, Return Receipt Requested to Barry R. Benton, Attorney at Law, 284 Ebony Avenue, Brownsville, TX 78520.

NANCY L. MASSO
Assistant United States Attorney