IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 22 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| LUIS ALEJANDRO GARZA, * | |
| Plaintiff, * | |
| * | |
| v. * | Civil Action No. B-02-154 |
| * | |
| UNITED STATES OF AMERICA, * | |
| Defendant. * | |

### ORDER SETTING STATUS CONFERENCE

Today this Court considered the United States unopposed request for a status hearing. Noting that it is unopposed and that there appears to be issues that need to be addressed promptly, the Court will GRANT the United States' motion.

THEREFORE, IT IS ORDERED that this matter be set for a status conference on July 24, 2003, at 2:00 p.m. before this Court located at the United States Courthouse, 600 East Harrison St., Second Floor, Brownsville, Texas.

Signed 22d July, 2003.

FELIX RECIO
United States Magistrate Judge