/5

COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | | |
|---|---|---|---|
| Courtroom Clerk | : | M Garcia | |
| ERO | : | G Mendieta | |
| CSO | : | Canat | |
| Law Clerk | : | R Bryd | |
| Interpreter | : | not needed | |
| Date | : | **July 24, 2003 at 2:10 p.m.** | |

United States District Court
Southern District of Texas
FILED

JUL 2 4 2003

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-02-154 (HGT)

Luis Alejandro Garza                    *        B Benton

vs                                      *

United States of America                *        N Masso

---

## STATUS CONFERENCE

Barry Benton present for the Plaintiff;
Nancy Masso present for the Government;

N Masso states intentions to file a dispositive motion within a few days;
Counsel further states needing the scheduling dates moved;

B Benton addresses the Court;

The Court requests the parties file a joint proposed order;
Present scheduling order held in abeyance;

Court adjourned.