IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 25 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. B-02-154 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

## NOTICE OF SUBMISSION OF
## PARTIES PROPOSED AMENDED SCHEDULING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

As directed by this Court, the parties herein submit the attached proposed Amended Scheduling Order for this Court's consideration.

*Statement of Consultation*

On July 25, 2003, Plaintiff's attorney, Barry Benton, advised that concurred and agreed with the dates reflected in the amended scheduling order attached hereto.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Fed. I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the "Notice of Parties Submission of Proposed Amended Scheduling Order" was mailed via certified mail, return receipt requested, to Plaintiff's attorney at the following address:

Barry R. Benton
Attorney at Law
284 Ebony Avenue
Brownsville, Texas 78520

July 25, 2003
Date

NANCY L. MASSO
Assistant United States Attorney

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

LUIS ALEJANDRO GARZA     *
    *
v.     *     CIVIL ACTION NO. B-02-154
    *
UNITED STATES OF AMERICA     *

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: <u>5</u> days.     ☒ Bench     ☐ Jury

2. New Parties must be joined by:     <u>April 14, 2003</u>
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:     <u>October 24, 2003</u>

4. The defendant(s)' experts much be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.     <u>November 28, 2003</u>

5. Discovery must be completed by:     <u>January 31, 2004</u>
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************** **The Court will provide these dates.** **********************

6. Dispositive motions will be filed by:     _____

7. Joint pretrial order due:     _____
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 pm on:     _____

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:     _____
    *The case will remain on standby until tried.*

SIGNED on this the _____ day of _____, 2003 at Brownsville, Texas.

                                                    FELIX RECIO
                                                    United States Magistrate Judge