| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

LUIS ALEJANDRO GARZA    *
                                *

v.                                  *    CIVIL ACTION NO. B-02-154
                                *

UNITED STATES OF AMERICA    *

United States District Court
Southern District of Texas
ENTERED

JUL 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: <u>5</u> days.      ☒ Bench    ☐ Jury

2. New Parties must be joined by:      April 14, 2003
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:      October 24, 2003

4. The defendant(s)' experts much be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.      November 28, 2003

5. Discovery must be completed by:      January 31, 2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

********************* **The Court will provide these dates.** *********************

6. Dispositive motions will be filed by:      March 03, 2004

7. Joint pretrial order due:      April 16, 2004
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 pm on:      May 04, 2004

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:      May 06, 2004
   *The case will remain on standby until tried.*

SIGNED on this the <u>25th</u> day of <u>July</u>, 2003 at Brownsville, Texas.

_____
FELIX RECIO
United States Magistrate Judge