IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS ALEJANDRO GARZA,<br>Plaintiff, | * * * |
| v. | * Civil Action No. B-02-154 |
| UNITED STATES OF AMERICA,<br>Defendant. | * * * |

### UNITED STATES OF AMERICA'S MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT PURSUANT TO RULES 12(b)(1) and (6) AND RULE 56(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, United States of America, moves this Court to dismiss this lawsuit for want of subject matter jurisdiction and failure to state a claim upon which relief can be granted. See FRCP, Rules 12(b)(1) and (6). Alternatively, the United States moves for a summary judgement pursuant to Rule 56(b) of the FRCP. In support of this motion, the United States respectfully refers and incorporates by reference herein its supporting brief and Defendant's Exhibits 1 and 2, which are filed contemporaneously with this motion.

WHEREFORE, PREMISES CONSIDERED, the United States of America, Defendant herein, prays that this Court grant this motion and assess all costs against the Plaintiff herein.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
(956) 548-2554 Fax (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing "United States of America's Motion to Dismiss and Alternative Motion for Summary Judgement Pursuant to Rules 12(b)(1) and (6) and Rule 56(b) of the Federal Rules of Civil Procedure", was mailed on this the 5th day of SEPTEMBER, 2003 via Certified Mail, Return Receipt Requested to Barry R. Benton, Attorney at Law, 284 Ebony Avenue, Brownsville, TX 78520.

NANCY L. MASSO
Assistant United States Attorney