

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-154 |
| | * | FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF | * | |
| AMERICA | * | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT

On this day came on for consideration in the above-entitled and numbered cause Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss and Alternative Motion for Summary Judgment.

It is opinion and order of the court that said motion is granted. Plaintiff is hereby given an additional 20 days in which to submit his response to Defendant's motion to dismiss and alternatively motion for summary judgment. The response is now due by October 15, 2003.

SIGNED 9-19-_____, 2003, at Brownsville, Texas.

_____
JUDGE PRESIDING

xc: Mr. Barry R. Benton, (956) 546-9900
Ms. Nancy L. Masso, (956) 548-2549