

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| LUIS ALEJANDRO GARZA | * | United States District Court<br>Southern District of Texas<br>**ENTERED**<br>NOV 0 7 2003 |
| VS | * | CIV. ACTION NO. B-02-154 |
| THE UNITED STATES OF AMERICA | * | Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

## ORDER STRIKING DOCUMENT

The Clerk has filed your "Plaintiff's Motion for Leave to File First Amended Complaint" (Docket No. 22); however, it is deficient as checked. (L.R. refers to the Local Rule of this District.

1. \_\_\_\_  Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. \_\_\_\_  Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. \_\_\_\_  One or more of the following are not included beneath the attorney's signature:
    (a)  state bar number; or
    (b)  Southern District of Texas Federal Bar Number; or
    (c)  office address including zip code; or
    (d)  telephone and facsimile numbers with area codes (LR 11.3(A)).

4. \_\_\_\_  A copy of the filing was not provided (LR.5.2).

5. \_\_\_\_  No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. \_\_\_\_  No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. \_\_\_\_  Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. \_\_\_\_  A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. __X__  Other: The motion references the Plaintiff's proposed First Amended Complaint, which was supposedly attached to the motion as "Exhibit 1." However, no such exhibit is attached to the motion, nor can it otherwise be found in the case file.

The document is stricken from the record.

Date: 11/6/03

Felix Recio, United States Magistrate Judge