IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS ALEJANDRO GARZA, * | |
| Plaintiff, * | |
| * | |
| v. * | Civil Action No. B-02-154 |
| * | |
| UNITED STATES OF AMERICA, * | |
| Defendant. * | |

### DEFENDANT'S NOTICE TO THE COURT OF ITS CONTINUED OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

On October 14, 2003, the United States of America, Defendant herein, filed a response in opposition to the "Plaintiff's Motion for Leave to File First Amended Complaint" which was initially filed on September 22, 2003. Subsequent to the filing of the United States opposition response, this Court entered an order striking the "Plaintiff's Motion for Leave to File First Amended Complaint". Plaintiff then re-filed his "Plaintiff's Motion for Leave to File First Amended Complaint" on November 7, 2003.

By way of this Notice, the United States advises this Court that it still opposes the "Plaintiff's Motion for Leave to File First Amended Complaint" for the reasons set forth in its original opposition response that was filed on October 14, 2003.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel:  (956) 548-2554
Fax:  (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing "Defendant's Notice of Continued Opposition to Plaintiff's Motion for Leave to File First Amended Complaint" was mailed on this the 3rd day of <u>December</u>, 2003 via Certified Mail, Return Receipt Requested to Barry R. Benton, Attorney at Law, 284 Ebony Avenue, Brownsville, TX 78520.

NANCY L. MASSO
Assistant United States Attorney