

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-154 |
| | * | FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF | * | |
| AMERICA | * | |

## ORDER GRANTING PLAINTIFF'S MOTION TO LEAVE TO AMEND COMPLAINT

This day Plaintiff's Motion for Leave to File First Amended Complaint

was presented to the court and it is the opinion and order of the court

that said motion be granted.

It is ordered that Plaintiff is granted leave to File his First Amended

Complaint.

Signed the _November 10th_, 2003, at Brownsville, Texas 78520.

_____
Judge Presiding

Mr. Barry R. Benton, (956) 546-9997
Ms. Nancy L. Masso (956) 548-2549