# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | * | |
| vs | * | CIVIL ACTION NO. B02-154 |
| THE UNITED STATES OF AMERICA | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

### HEARING ON USA'S MOTION TO DISMISS AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

**January 15, 2004, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE:  U.S. Federal Building & Courthouse
        600 E. Harrison, 2nd Floor
        Brownsville, TX 78520

---

                                        **BY ORDER OF THE COURT**

January 8, 2004

cc:   All Counsel