IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 0 5 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUIS ALEJANDRO GARZA, <br> Plaintiff, | * <br> * <br> * |
| v. | *   Civil Action No. B-02-154 <br> * |
| UNITED STATES OF AMERICA, <br> Defendant. | * <br> * |

## DEFENDANT'S NOTICE OF SUBMISSION
## OF DOCUMENTS FOR *IN CAMERA* INSPECTION

TO THE HONORABLE JUDGE OF SAID COURT:

Attached hereto in a sealed envelope are true and correct copies of the items sought by the Plaintiff at section one of his motion to compel. While the Defendant has no objection to the production of these materials for *in camera* inspection, the Defendant does object to the release of these documents to the Plaintiff on grounds that have been set forth in its response to the Plaintiff's motion to compel and requests for production of documents.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel:  (956) 548-2554
Fax:  (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the true and foregoing "Defendant's Notice of Submission of Documents for In Camera Inspection" (w/o enclosure) was mailed on this the 5th day of January, 2004 via Certified Mail, Return Receipt Requested to Barry R. Benton, Attorney at Law, 284 Ebony Avenue, Brownsville, TX 78520.

NANCY L. MASSO
Assistant United States Attorney