# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED
JAN 1 5 2004
Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:        M Garcia
ERO:          D Ahumada
Law Clerk:    M Knicley
CSO:          Harolson

Date:         January 15, 2004 at 2:00 p.m.

## CV NO. B-02-154 (HGT

| | | |
|---|---|---|
| LUIS ALEJADRO GARZA | * | B BENTON |
| vs | | |
| UNITED STATES OF AMERICA | * | N MASSO |

### HEARING ON MOTION TO DISMISS

Benton present for Mr Garza;
N Masso present for the Government;

The Court addresses counsel stating the motion to dismiss and responses have been reviewed;

N Masso touches on the facts of the case;
Counsel argues its motion to dismiss, addresses the exception of the Federal Tort Claims Act and identifies the general policy to oversee the prison facility's safety and security;

B Benton addresses the Court and responds to the Government's arguments;

The Court understands the issues and will withhold making a ruling on petitioner's motion to compel;
The Court will prepare a Report and Recommendation to Judge Tagle on the matter of the motion to dismiss;

Court adjourned 2:45 p.m.