| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

APR 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

LUIS ALEJANDRO GARZA       §
                           §
versus                     §   CIVIL ACTION NO. B-02-154
                           §
UNITED STATES OF AMERICA   §

## Order Re-Setting Docket Call and Jury Selection

1. The docket call and final pretrial conference
   has been reset for 1:30 p.m. on:                    **May 6, 2004**

2. Jury selection is reset for 9:00 a.m. on:           **May 10, 2004**
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed _April 16_, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge