IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL NO. B-02-154 |
| UNITED STATES OF AMERICA, | § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on April 20, 2004, the Court **GRANTED** Defendant's Unopposed Motion for Suspension of Case Deadlines [Dkt. No. 36]. If this case is not disposed of after the Court's review of the Magistrate Judge's Report and Recommendation and objections, the parties will submit a joint proposed amended scheduling order. This proposed amended scheduling order will be filed within 10 days of the Court's issuance of its decision and order.

DONE this 20th day of April, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge