IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 1 3 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUIS ALEJANDRO GARZA, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL NO. B-02-154 |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on October 12, 2004, the Court, having rendered a summary judgment decision in favor of Defendant on all claims, enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 12th day of October, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge