IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CIVIL ACTION NO. B-02-154

| | |
|---|---|
| LUIS ALEJANDRO GARZA | * |
| | * |
| VS. | * |
| | * |
| THE UNITED STATES OF AMERICA | * |

## ORDER GRANTING PLAINTIFF/APPELLANT'S MOTION TO PROCEED IN FORMA PAUPERIS AND REQUEST FOR ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

ON THIS DAY Plaintiff/Appellant's Motion to Proceed in Forma Pauperis and Request for Items to be Included in the Record on Appeal was presented to the court and it is the opinion and order of the court that said motion be granted.

It is hereby ordered that Plaintiff/Appellant Luis Alejandro Garza shall be entitled to proceed in forma pauperis on appeal and therefore excused from paying any filing fees or costs for production or reproduction on the record on appeal.

Done this _____ day of _____, 2004.

_____
JUDGE PRESIDING