IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CIVIL ACTION NO. CA B-02-154

LUIS ALEJANDRO GARZA      *
                          *
VS.                       *
                          *
THE UNITED STATES OF AMERICA*

United States District Court
Southern District of Texas
FILED

DEC 0 8 2004

Michael N. Milby
Clerk of Court

## FIRST AMENDED MOTION TO PROCEED IN FORMA PAUPERIS AND REQUEST FOR ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

TO THE HONORABLE OF SAID COURT:

1.

Plaintiff/Appellant filed his Notice of Appeal herein on November 24, 2004.

2.

Plaintiff/Appellant is indigent and moves the court for leave to proceed on appeal in forma pauperis. Attached hereto as exhibit A, B and C respectivaly are true and correct copies of Plaintiff's Motion and Declaration for Leave to Proceed In Forma Pauperis, Supplemental In Forma Pauperis Form for Prisioners and Plaintiff/Appellants trust fund account statement.

4.

To comply with the Federal Rule of Appellate Procedure 10, within 10 days of the filing of his Notice of Appeal, Plaintiff/Appellant hereby designates the matters which he wants included in the record on appeal, to wit:

a.  The entire contents of the court's file, including all pleadings, motions and attachments;

b.  The transcriptions of the only two hearings in this matter conducted before the honorable, Magistrate Judge Felix Recio on January 16, 2003 and January 15, 2004.

5.

Wherefore Plaintiff/Appellant prays that he be granted leave to proceed on appeal in forma pauperis and that the matters requested herein be included in the record on appeal.

Respectfully submitted,

*/s/ Barry R. Benton*
Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR
PLAINTIFF/APPELLANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of December 2004, a copy of the foregoing First Amended Motion to Proceed in Forma Pauperis and Request for Items to be Included in the Record on Appeal was forwarded to counsel of record, to wit:

Ms. Nancy L. Masso   *Via hand delivery*
United States Assistant Attorney
600 E. Harrison Ave., No. 201
Brownsville, Texas 78520

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　BARRY R. BENTON