

| | Inmate Inquiry | | |
|---|---|---|---|
| Inmate Reg #: | 92334079 | Current Institution: | |
| Inmate Name: | | Housing Unit: | |
| Report Date: | | Living Quarters: | |
| Report Time: | | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0744 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 2/15/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 11/29/2004 2:51:25 PM |
| Account Status: | Active |
| ITS Balance: | $0.18 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $100.10 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $100.10 |
| National 6 Months Deposits: | $1,463.51 |
| National 6 Months Withdrawals: | $1,363.87 |
| National 6 Months Avg Daily Balance: | $20.01 |
| Local Max. Balance - Prev. 30 Days: | $100.65 |
| Average Balance - Prev. 30 Days: | $12.01 |



## All Transactions

| Inmate Reg #: | 92434-079 |
| Inmate Name: | GARZA, LUIS |
| Report Date: | 11/29/2004 |
| Report Time: | 4:56:11 PM |

| Current Institution: | |
| Housing Unit: | |
| Living Quarters: | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 11/29/2004 2:51:25 PM | POL5286 | Local Collections | $100.00 | 2530 | | $100.10 |
| 11/17/2004 12:35:22 PM | POL1045 | Sales | ($18.25) | 20 | | $0.10 |
| 11/15/2004 2:07:46 PM | POL5580 | Sales | ($9.50) | 34 | | $18.35 |
| 11/10/2004 9:06:06 AM | POL1268 | Sales | ($4.95) | 3 | | $27.85 |
| 11/10/2004 9:02:41 AM | POL1268 | Sales | ($57.85) | 2 | | $32.80 |
| 11/9/2004 6:03:55 PM | AMService | ITS Withdrawal | ($10.00) | ITS1109 | | $90.65 |
| 11/9/2004 1:55:49 PM | POL5286 | Local Collections | $100.00 | 1924 | | $100.65 |
| 11/7/2004 7:10:12 PM | AMService | ITS Withdrawal | ($6.00) | ITS1107 | | $0.65 |
| 11/6/2004 11:19:03 AM | AMService | ITS Withdrawal | ($10.00) | ITS1106 | | $6.65 |
| 11/3/2004 8:03:22 PM | AMService | ITS Withdrawal | ($5.00) | ITS1103 | | $16.65 |
| 11/2/2004 8:46:52 PM | AMService | ITS Withdrawal | ($10.00) | ITS1102 | | $21.65 |
| 11/2/2004 8:02:25 AM | POL2593 | Payroll - IPP | $31.12 | JV0020 | | $31.65 |
| 10/30/2004 7:30:55 AM | AMService | ITS Withdrawal | ($18.00) | ITS1030 | | $0.53 |
| 10/26/2004 12:39:00 PM | POL5580 | Sales | ($72.05) | 3 | | $18.53 |
| 10/25/2004 6:36:43 PM | AMService | ITS Withdrawal | ($6.00) | ITS1025 | | $90.58 |
| 10/25/2004 12:49:08 PM | POL1797 | Sales | ($23.24) | 15 | | $96.58 |
| 10/21/2004 4:47:44 PM | AMService | ITS Withdrawal | ($15.00) | ITS1021 | | $119.82 |
| 10/21/2004 2:13:10 PM | POL1797 | Sales | ($3.10) | 27 | | $134.82 |
| 10/21/2004 2:11:09 PM | POL1797 | Sales | ($112.45) | 26 | | $137.92 |
| 10/21/2004 1:27:27 PM | POL5286 | Local Collections | $250.00 | 1084 | | $250.37 |
| 10/13/2004 5:59:50 PM | AMService | ITS Withdrawal | ($5.00) | ITS1013 | | $0.37 |
| 10/12/2004 6:39:27 PM | AMService | ITS Withdrawal | ($10.00) | ITS1012 | | $5.37 |
| 10/12/2004 6:16:12 PM | POL1797 | Sales | ($84.80) | 51 | | $15.37 |
| 10/12/2004 2:58:53 PM | POL5286 | Local Collections | $100.00 | 508 | | $100.17 |
| 10/6/2004 6:33:56 PM | AMService | ITS Withdrawal | ($4.00) | ITS1006 | | $0.17 |
| 10/4/2004 10:40:23 PM | AMService | ITS Withdrawal | ($10.00) | ITS1004 | | $4.17 |
| 10/4/2004 4:50:40 PM | AMService | ITS Withdrawal | ($15.00) | ITS1004 | | $14.17 |
| 10/4/2004 8:15:35 AM | POL2593 | Payroll - IPP | $28.20 | JV0003 | | $29.17 |
| 9/23/2004 4:55:00 PM | AMService | ITS Withdrawal | ($2.00) | ITS0923 | | $0.97 |
| 9/23/2004 9:06:26 AM | POL1268 | Sales | ($8.40) | 1 | | $2.97 |
| 9/18/2004 8:15:05 PM | AMService | ITS Withdrawal | ($5.00) | ITS0918 | | $11.37 |
| 9/15/2004 6:39:57 PM | AMService | ITS Withdrawal | ($10.00) | ITS0915 | | $16.37 |
| 9/14/2004 9:03:10 AM | POL1604 | Sales | ($109.20) | 2 | | $26.37 |
| 9/13/2004 4:43:40 PM | AMService | ITS Withdrawal | ($15.00) | ITS0913 | | $135.57 |
| 9/13/2004 3:16:22 PM | POL5286 | Local Collections | $150.00 | 21864 | | $150.57 |
| 9/10/2004 9:42:03 PM | AMService | ITS Withdrawal | ($1.00) | ITS0910 | | $0.57 |
| 9/4/2004 11:22:27 AM | AMService | ITS Withdrawal | ($11.00) | ITS0904 | | $1.57 |
| 9/2/2004 4:56:52 PM | AMService | ITS Withdrawal | ($15.00) | ITS0902 | | $12.57 |
| 9/2/2004 8:58:34 AM | POL1941 | Payroll - IPP | $26.91 | JV0166 | | $27.57 |
| 8/17/2004 7:18:33 PM | AMService | ITS Withdrawal | ($3.00) | ITS0817 | | $0.66 |
| 8/15/2004 4:42:51 PM | AMService | ITS Withdrawal | ($7.00) | ITS0815 | | $3.66 |
| 8/14/2004 1:54:49 PM | AMService | ITS Withdrawal | ($5.00) | ITS0814 | | $10.66 |
| 8/11/2004 6:41:07 PM | AMService | ITS Withdrawal | ($6.00) | ITS0811 | | $15.66 |
| 8/10/2004 9:01:08 AM | POL5412 | Sales | ($99.03) | 1 | | $21.66 |
| 8/9/2004 4:39:43 PM | AMService | ITS Withdrawal | ($20.00) | ITS0809 | | $120.69 |
| 8/9/2004 3:34:54 PM | POL2593 | Local Collections | $40.00 | 19941 | | $140.69 |
| 8/9/2004 3:34:54 PM | POL2593 | Local Collections | $100.00 | 19985 | | $100.69 |
| 8/4/2004 7:17:08 PM | AMService | ITS Withdrawal | ($6.00) | ITS0804 | | $0.69 |
| 8/2/2004 4:40:53 PM | AMService | ITS Withdrawal | ($15.00) | ITS0802 | | $6.69 |
| 8/2/2004 11:57:49 AM | POL2593 | Payroll - IPP | $21.16 | JV0150 | | $21.69 |

1 2 3



## All Transactions

| | |
|---|---|
| Inmate Reg #: | |
| Inmate Name: | |
| Report Date: | 11/29/2004 |
| Report Time: | 4:56:32 PM |

| | |
|---|---|
| Current Institution: | |
| Housing Unit: | |
| Living Quarters: | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/19/2004 7:33:48 PM | AMService | ITS Withdrawal | ($3.00) | ITS0719 | | $0.53 |
| 7/19/2004 11:57:26 AM | POL5580 | Sales | ($69.35) | 1 | | $3.53 |
| 7/17/2004 11:39:12 AM | AMService | ITS Withdrawal | ($5.00) | ITS0717 | | $72.88 |
| 7/13/2004 7:30:28 PM | AMService | ITS Withdrawal | ($5.00) | ITS0713 | | $77.88 |
| 7/13/2004 9:57:28 AM | POL5580 | Sales | ($57.75) | 27 | | $82.88 |
| 7/12/2004 7:51:16 PM | AMService | ITS Withdrawal | ($10.00) | ITS0712 | | $140.63 |
| 7/11/2004 9:04:40 AM | AMService | ITS Withdrawal | ($5.00) | ITS0711 | | $150.63 |
| 7/7/2004 6:51:40 PM | AMService | ITS Withdrawal | ($25.00) | ITS0707 | | $155.63 |
| 7/6/2004 3:55:38 PM | POL2593 | Local Collections | $30.00 | 18090 | | $180.63 |
| 7/6/2004 3:55:38 PM | POL2593 | Local Collections | $20.00 | 18097 | | $150.63 |
| 7/6/2004 3:55:38 PM | POL2593 | Local Collections | $100.00 | 18081 | | $130.63 |
| 7/2/2004 8:34:37 AM | POL1941 | Payroll - IPP | $30.40 | JV0142 | | $30.63 |
| 7/1/2004 6:10:29 PM | AMService | ITS Withdrawal | ($2.00) | ITS0701 | | $0.23 |
| 6/28/2004 12:25:57 PM | POL1268 | Sales | ($8.25) | 1 | | $2.23 |
| 6/22/2004 5:39:51 PM | AMService | ITS Withdrawal | ($10.00) | ITS0622 | | $10.48 |
| 6/22/2004 2:14:19 PM | POL5286 | Local Collections | $20.00 | 17284 | | $20.48 |
| 6/17/2004 12:19:27 PM | POL5412 | Sales | ($22.65) | 1 | | $0.48 |
| 6/17/2004 9:00:58 AM | POL1045 | Sales | ($1.20) | 2 | | $23.13 |
| 6/17/2004 8:57:41 AM | POL1045 | Sales | ($116.25) | 1 | | $24.33 |
| 6/16/2004 5:19:36 PM | AMService | ITS Withdrawal | ($10.00) | ITS0616 | | $140.58 |
| 6/16/2004 2:55:42 PM | POL5286 | Local Collections | $150.00 | 16901 | | $150.58 |
| 6/10/2004 4:41:16 PM | AMService | ITS Withdrawal | ($6.00) | ITS0610 | | $0.58 |
| 6/10/2004 8:57:41 AM | POL1045 | Sales | ($93.65) | 1 | | $6.58 |
| 6/9/2004 2:42:14 PM | POL2593 | Local Collections | $100.00 | 16533 | | $100.23 |
| 6/7/2004 9:15:14 AM | POL1045 | Sales | ($25.10) | 7 | | $0.23 |
| 6/5/2004 9:22:24 AM | AMService | ITS Withdrawal | ($10.00) | ITS0605 | | $25.33 |
| 6/3/2004 7:27:12 PM | AMService | ITS Withdrawal | ($5.00) | ITS0603 | | $35.33 |
| 6/3/2004 1:44:34 PM | POL2593 | Local Collections | $40.00 | 16074 | | $40.33 |
| 6/2/2004 4:45:34 PM | AMService | ITS Withdrawal | ($16.00) | ITS0602 | | $0.33 |
| 6/2/2004 12:35:00 PM | POL1045 | Sales | ($9.85) | 36 | | $16.33 |
| 6/2/2004 10:41:55 AM | POL1941 | Payroll - IPP | $25.72 | JV0130 | | $26.18 |
| 5/18/2004 9:08:44 AM | POL1045 | Sales | ($84.90) | 1 | | $0.46 |
| 5/17/2004 10:08:04 PM | AMService | ITS Withdrawal | ($5.00) | ITS0517 | | $85.36 |
| 5/17/2004 4:34:00 PM | AMService | ITS Withdrawal | ($10.00) | ITS0517 | | $90.36 |
| 5/17/2004 3:25:26 PM | POL2593 | Local Collections | $100.00 | 15110 | | $100.36 |
| 5/10/2004 4:59:49 PM | AMService | ITS Withdrawal | ($5.00) | ITS0510 | | $0.36 |
| 5/9/2004 7:45:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0509 | | $5.36 |
| 5/6/2004 5:38:18 PM | POL5412 | Sales | ($82.60) | 61 | | $10.36 |
| 5/6/2004 4:55:33 PM | AMService | ITS Withdrawal | ($8.00) | ITS0506 | | $92.96 |
| 5/6/2004 2:47:15 PM | POL2593 | Local Collections | $100.00 | 14466 | | $100.96 |
| 5/4/2004 7:54:07 PM | AMService | ITS Withdrawal | ($9.00) | ITS0504 | | $0.96 |
| 5/4/2004 9:02:35 AM | POL5580 | Sales | ($5.20) | 1 | | $9.96 |
| 5/3/2004 4:41:39 PM | AMService | ITS Withdrawal | ($10.00) | ITS0503 | | $15.16 |
| 5/3/2004 2:24:23 PM | POL1941 | Payroll - IPP | $24.20 | JV0111 | | $25.16 |
| 4/29/2004 7:59:44 PM | AMService | ITS Withdrawal | ($3.00) | ITS0429 | | $0.96 |
| 4/29/2004 5:42:50 PM | POL5412 | Sales | ($26.95) | 51 | | $3.96 |
| 4/29/2004 4:41:58 PM | AMService | ITS Withdrawal | ($10.00) | ITS0429 | | $30.91 |
| 4/29/2004 2:41:11 PM | POL2593 | Local Collections | $40.00 | 14001 | | $40.91 |
| 4/14/2004 4:53:19 PM | AMService | ITS Withdrawal | ($5.00) | ITS0414 | | $0.91 |
| 4/12/2004 4:34:55 PM | AMService | ITS Withdrawal | ($5.00) | ITS0412 | | $5.91 |

1 2 3

## All Transactions

| Inmate Reg #: | 92434079 | Current Institution: | |
| Inmate Name: | GARZA, ELIS | Housing Unit: | |
| Report Date: | | Living Quarters: | |
| Report Time: | 4:50:37 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 4/6/2004 8:04:45 PM | AMService | ITS Withdrawal | ($4.00) | ITS0406 | | $10.91 |
| 4/5/2004 9:33:47 PM | AMService | ITS Withdrawal | ($5.00) | ITS0405 | | $14.91 |
| 4/5/2004 6:35:56 PM | POL1268 | Sales | ($80.90) | 78 | | $19.91 |
| 4/5/2004 3:22:23 PM | POL2593 | Local Collections | $100.00 | 12351 | | $100.81 |
| 4/4/2004 10:45:08 AM | AMService | ITS Withdrawal | ($6.00) | ITS0404 | | $0.81 |
| 4/3/2004 2:48:33 PM | AMService | ITS Withdrawal | ($5.00) | ITS0403 | | $6.81 |
| 4/2/2004 6:16:32 PM | AMService | ITS Withdrawal | ($5.00) | ITS0402 | | $11.81 |
| 4/2/2004 1:46:57 PM | POL5286 | Payroll - IPP | $16.80 | JV0095 | | $16.81 |
| 4/1/2004 4:46:26 PM | AMService | ITS Withdrawal | ($4.00) | ITS0401 | | $0.01 |
| 3/29/2004 9:15:35 AM | POL5412 | Sales | ($96.90) | 5 | | $4.01 |
| 3/26/2004 6:29:47 PM | AMService | ITS Withdrawal | ($5.00) | ITS0326 | | $100.91 |
| 3/25/2004 6:39:46 PM | AMService | ITS Withdrawal | ($5.00) | ITS0325 | | $105.91 |
| 3/22/2004 4:53:16 PM | AMService | ITS Withdrawal | ($10.00) | ITS0322 | | $110.91 |
| 3/22/2004 2:54:46 PM | POL2593 | Local Collections | $120.00 | 11600 | | $120.91 |
| 3/11/2004 8:03:08 PM | AMService | ITS Withdrawal | ($7.00) | ITS0311 | | $0.91 |
| 3/9/2004 8:03:57 PM | AMService | ITS Withdrawal | ($5.00) | ITS0309 | | $7.91 |
| 3/8/2004 6:19:32 PM | POL5412 | Sales | ($3.00) | 48 | | $12.91 |
| 3/8/2004 6:18:00 PM | POL5412 | Sales | ($88.65) | 47 | | $15.91 |
| 3/8/2004 3:16:54 PM | POL2593 | Local Collections | $100.00 | 10487 | | $104.56 |
| 3/8/2004 9:45:34 AM | POL2593 | FRP Rejected | $4.56 | IIS011 | | $4.56 |
| 3/3/2004 11:13:39 AM | POL1941 | FRP Single Pymt | ($25.80) | IIS011 | | $0.00 |
| 3/3/2004 10:52:46 AM | POL1941 | Payroll - IPP | $25.80 | JV0077 | | $25.80 |
| 2/29/2004 10:42:28 PM | AMService | ITS Withdrawal | ($5.00) | ITS0229 | | $0.00 |

1 2 3