IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CIVIL ACTION NO. B-02-154

United States District Court
Southern District of Texas
FILED

NOV 2 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | * | |
| | * | |
| VS. | * | NOTICE OF APPEAL |
| | * | |
| THE UNITED STATES OF AMERICA | * | |

## NOTICE OF APPEAL TO UNITED STATE COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Luis Alejandro Garza, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the 5th Circuit from the Final Judgment entered in this action on the 12th day of October, 2004.

Respectfully submitted,

*/s/ Barry R. Benton*

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas 78520
Telephone (956) 546-9900
Facsimile (956) 546-9997
Federal I.D. No. 3968
ATTORNEY IN CHARGE FOR
PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of November 2004, a copy of the foregoing Notice of Appeal was Forwarded to counsel of record, to wit:

Ms. Nancy L. Masso                                   *Via hand delivery*
United States Assistant Attorney
600 E. Harrison Ave., No. 201
Brownsville, Texas 78520

_____
BARRY R. BENTON