UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

04-41672

United States District Court
Southern District of Texas
FILED

FEB 1 5 2005

Michael N. Milby
Clerk of Court

*U.S. COURT OF APPEALS RECEIVED JAN 2 6 2005 NEW ORLEANS, LA*

January 24, 2005

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: GARZA

VS  UNITED STATES OF AMERICA

CA B-02-154

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of _1_ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ____ HAS/ __X__ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is _HILDA G. TAGLE_

[X] Court reporter assigned to this case is _D AHUMADA, ERO_

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Rebecca Pinales, Deputy Clerk

cc: Luis Alejandro Garza
    Barry Benton
    Nancy Masso

    File