UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 20, 2005

Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED

FEB 2 1 2006

Michael N. Milby
Clerk of Court

No. 04-41672

D.C. Docket No. 1:02-CV-154

LUIS ALEJANDRO GARZA

    Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before REAVLEY, DAVIS, and WIENER, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

ISSUED AS MANDATE: FEB 1 3 2006

A true copy
Test

Clerk, U.S. Court of Appeals, Fifth Circuit
By Sabrina B Short
Deputy

New Orleans, Louisiana   FEB 1 3 2006