# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

February 17, 2006

United States Court
Southern District of Texas
FILED

FEB 21 2006

Michael N. Milby
Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 04-41672 Garza v. USA
    USDC No. 1:02-CV-154

The following is (are) returned:

Original Record on Appeal, ( 1 ) Vols.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
James deMontluzin, Deputy Clerk
504-310-7679

REC-3