| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

LUIS ALEJANDRO GARZA                §

vs.                                 §    Civil Action No. B- 02-154

UNITED STATES OF AMERICA            §

*United States District Court*
*Southern District of Texas*
*ENTERED*

**APR 1 0 2006**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### SCHEDULING ORDER

1. Trial: Estimated time to try: __5__ days.                             ■ Bench   ☐ Jury

2. Dispositive Motions will be filed by:                                 **4/28/2006**

3. Joint pretrial order is due:                                          **7/11/2006**

4. Docket Call and final pretrial conference is set for 1:30 p.m. on:    **7/25/2006**

5. Jury Selection is set for 9:00 a.m. on:                               __N/A__
   *(The case will remain on standby until tried)*

Signed __April 10_____, 2006, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge