IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 02 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. B-02-154 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on June ___, 2006, the Court **ORDERED** Plaintiff to supplement Plaintiff's First Amended Motion to Compel Discovery [Dkt. No. 52] to include as exhibits Plaintiff's Interrogatories Nos. 1,3,5,6,9, 10 and Plaintiff's Request for Production No. 7 as well as any responses by Defendant to these disputed discovery requests. Currently, Plaintiff's motion merely paraphrases the pertinent requests and interrogatories and Defendant's objections and responses. The Court **ORDERS** Plaintiff to supplement Plaintiff's First Amended Motion to Compel Discovery [Dkt. No. 52] no later than June 8, 2006.

DONE this ___ day of June, 2006 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge