United States District Court
Southern District of Texas
FILED

JUN 0 6 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 |
| THE UNITED STATES OF AMERICA | § § § | FEDERAL TORT CLAIMS ACT |

**PLAINTIFF'S FIRST SUPPLEMENTAL MOTION TO COMPEL DISCOVERY
AND MOTION FOR *IN CAMERA* INSPECTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LUIS ALEJANDRO GARZA, Plaintiff in the above-entitled and numbered cause, and files this his first supplemental motion to compel and motion for *in camera* inspection and in support thereof would respectfully show as follows:

**1.**

Per the court's order of June 2, 2006, Plaintiff supplements his motion to compel discovery with his interrogatories numbers 1, 3, 5, 6, 9, and 10, and the government's answers which are attached hereto as Exhibit "1" and incorporated herein for all purposes. Also attached hereto, as Exhibit "2" and incorporated herein for all purposes, is Plaintiff's request for production number 7 and the government's response.

WHEREFORE, Plaintiff prays that he be granted all of the relief sought in his first amended motion to compel and motion for in camera inspection.

Respectfully submitted,

*/s/ Barry R. Benton*

Barry R. Benton
284 Ebony Avenue
Brownsville, Texas  78520
Telephone  : 956-546-9900
Facsimile   : 956-546-9997
State Bar No. 02176500
Federal I.D. No. 3968

**ATTORNEY IN CHARGE FOR
PLAINTIFF, LUIS ALEJANDRO GARZA**

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing **Plaintiff's First Supplemental Motion to Compel and Motion for *In Camera* Inspection** has been hand-delivered to attorney of record, to wit:

***Via Hand Delivery***
Ms. Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78520

on this \_\_6th\_\_ day of June, 2006.

_____
BARRY R. BENTON