IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. B-02-154 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
|     Defendant. | * | |

### ORDER DENYING PLAINTIFF'S FIRST AMENDED MOTION TO COMPEL

Today, this Court considered the "Plaintiff's First Amended Motion to Compel and Motion for *In Camera* Inspection." In its response, the Defendant has indicated that it does not object to the *in camera* inspection of documents sought by Plaintiff. This Court will review the records previously submitted by the Defendant and issue adetermination at a later time as to whether any said documents should be released to the Plaintiff.

With regard to Plaintiff's motion to compel the production of information on similar incidents, still photographs from a scanning video, and production/creation of an "isolated" video depicting the incident at issue, and affirmative defenses, the Court sustains the Defendant's objections and the request for production of same is DENIED.

Date: _____

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE