IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 |
| | | FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF AMERICA | § § § | |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE

ON THIS DAY came on for hearing in the above entitled and numbered cause Plaintiff's Unopposed Motion for Continuance. After hearing evidence and argument of counsel, it is of the opinion and order of the court that said motion should be granted.

IT IS THEREFORE ORDERED that the trial of this cause is continued until the _____ day of _____, 2006, with the joint pre-trial order now due on the _____ day of _____, 2006, and the final pre-trial hearing is hereby set for the _____ day of _____, 2006.

DONE this _____ day of June, 2006 at Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:

Barry R. Benton, Attorney at Law, 284 Ebony Ave., Brownsville, Texas 78520
Nancy Masso, Assistant US Attorney, 600 E. Harrison Street, #201, Brownsville, Texas 78520