United States District Court
Southern District of Texas
ENTERED

JUN 26 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. B-02-154 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on June 26, 2006, the Court **GRANTED** Plaintiff's Unopposed Motion for Continuance [Dkt. No. 57]. The parties seek additional time to prepare for trial in light of the recent unavailability of defense counsel for health reasons. The Court finds that the parties have show good cause for the continuance of the final pretrial conference from July 25, 2006 to September 27, 2006 at 1:30 P.M.

DONE this 26th day of June, 2006 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1