UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

LUIS ALEJANDRO GARZA §
 §
versus § CIVIL ACTION NO. B-02-154
 §
UNITED STATES OF AMERICA §

*B-02-154*

United States District Court
Southern District of Texas
**ENTERED**
JUN 27 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Re-Setting
### Final Pretrial Conference

1. The docket call and final pretrial conference
   has been reset for 1:30 p.m. on:         **9/27/2006**

2. The Joint Pretrial Order is due by:      **9/13/2006**

Signed _____June 27_____, 2006 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge