IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 |
| | | FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF AMERICA | § § § | |

# EXHIBIT "2"

BP-S288.052 **INCIDENT REPORT**
MAY 1994
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISC**

| 1. Name Of Institution: FCI THREE RIVERS, TEXAS | | | |
|---|---|---|---|

**Part I - Incident Report**

| 2. Name Of Inmate<br>Garcia-Becerra, Pedro | 3. Register Number<br>59771-065 | 4. Date Of Incident<br>February 06, 2001 | 5. Time<br>7:06 p.m. |
|---|---|---|---|
| 6. Place Of Incident<br>Recreation Yard | 7. Assignment<br>Unassigned | 8. Unit<br>Jim Wells | |
| 9. Incident Assaulting Another Person (Serious) | | | Code: 101 |

11. Description Of Incident (Date: 02-21-02 Time: 9:00 a.m. Staff become aware of incident) On February 21, 2002, at 9:00 a.m., an investigation was concluded. This investigation clearly reveals inmate Garcia-Becerra #59771-065, assaulted inmate Castro-Ontiveros #25117-177, on February 06, 2001, at approximately 7:06 p.m., on the Recreation Yard near the weight cage. This assault was part of an incident where several Border Brother gang members assaulted members and associates of the Texas Syndicate prison gang. A video tape of this incident clearly revealed inmate Garcia-Becerra and several other inmates assaulting inmate Castro-Ontiveros by striking him with their fists and kicking him. Castro-Ontiveros sustained severe head trauma as a result of the incident.

| 12. Signature Of Reporting Employee | Date And Time<br>02-21-02<br>9:30 a.m. | 13. Name And Title (Printed)<br>R. Webster, Special Investigative Supervisor | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | | 15. Date Incident Report Delivered | 16. time Incident Report Delivered |

**Part II - Committee Action**

17. Comments Of Inmate To Committee Regarding Above Incident

| 18. A. It Is The Finding Of The Committee That You:<br>____ Committed The Following Prohibited Act.<br>____ Did Not Commit A Prohibited Act. | B. ____ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.<br>C. ____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |
|---|---|

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

| Chairman (Typed Name/signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)                                    Replaces BP-288(52) Of Jan 88