IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-154 |
| | * | FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF AMERICA | * | |
| | * | |

**FIAT ON PLAINTIFF'S SECOND MOTION TO COMPEL
AND MOTION FOR *IN-CAMERA* INSPECTION**

ON THIS the _____ day of _____, 2006, came on to be considered **Plaintiff's Second Motion to Compel and Motion for *In-Camera* Inspection**, and after considering the same, it is ordered that said motion be and is set for hearing on the _____ day of _____, 2006, at _____ o'clock ____. M. in the Courtroom of the United States District Court, Southern District of Texas, Cameron County, Texas.

SIGNED FOR ENTRY this _____ day of _____, 2006.

_____
JUDGE PRESIDING

Copies to:

Nancy Masso, Assistant US Attorney, 600 E. Harrison Street, #201, Brownsville, Texas 78520
Barry R. Benton, 284 Ebony Ave., Brownsville, Texas 78520