IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF AMERICA | § § § | |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL AND MOTION FOR *IN-CAMERA* INSPECTION**

ON THIS _____ day of _____, 2006, came on to be heard **Plaintiff's Second Motion to Compel and Motion for *In-Camera* Inspection**, and after hearing evidence and argument of counsel, it is the opinion of the court that said motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant shall produce documents at issue for *in-camera* inspection, and answer the interrogatories and respond to the request for production set forth in plaintiff's second motion to compel by the _____ day of _____, 2006,.

SIGNED FOR ENTRY this _____ day of _____, 2006.

_____
JUDGE PRESIDING

Copies to:

Nancy Masso, Assistant US Attorney, 600 E. Harrison St. #201, Brownsville, Texas 78520
Barry R. Benton, 284 Ebony Ave., Brownsville, Texas 78520