IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 |
| THE UNITED STATES OF AMERICA | § § § | FEDERAL TORT CLAIMS ACT |

# EXHIBIT "3"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS ALEJANDRO GARZA | * |
| | * |
| VS. | *  CIVIL ACTION NO. B-02-154 |
| | *  FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF | * |
| AMERICA | * |

## LUIS ALEJANDRO GARZA'S SECOND SET OF INTERROGATORIES TO THE UNITED STATES OF AMERICA

TO: THE UNITED STATES OF AMERICA, DEFENDANT, by and through its attorney of record, to wit:

Ms. Nancy L. Masso
Assistant U.S. Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78522

COMES NOW, Plaintiff, LUIS ALEJANDRO GARZA, in the above-entitled and numbered cause and submits these his second set of interrogatories to Defendant, THE UNITED STATES OF AMERICA.

Pursuant to the Texas Rules of Federal Procedure, Rule 33, the attached interrogatories are submitted by LUIS ALEJANDRO GARZA, Plaintiff in the above-entitled and numbered cause, to be answered by Defendant, THE UNITED STATES OF AMERICA, under oath, in writing, within thirty (30) days after personal service of these interrogatories upon you or thirty-three (33) days if service was by mail or telephonic document transfer.

Be advised that if a party learns that the party's response to written discovery was incomplete of incorrect when made or, although complete and correct when made, is no longer complete and correct, the party must amend or supplement the response: (1) to the extent that the written discovery sought the identification of persons with knowledge of relevant facts, trial witnesses, or expert witnesses, and (2) to the extent that the written discovery sought other information, unless the additional or corrective information has been made known to the other parties is writing, on record at a deposition, or through other discovery responses.

Respectfully submitted,

Barry R. Benton
284 Ebony Avenue
Brownsville, TX 78520
Telephone  :956-546-9900
Facsimile    :956-546-9997
State Bar No. 02176500
Federal I.D. No. 3968

ATTORNEY FOR PLAINTIFF
LUIS ALEJANDRO GARZA

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Plaintiff's Second Set of Interrogatories to Defendant, was hand-delivered to all counsel of record, to wit:

Ms. Nancy L. Masso
Assistant U.S. Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78522

on the  17th  day of May, 2006.

_____
BARRY R. BENTON

## EXHIBIT "A"
## DEFINITIONS

"Documents and tangible things." - has the meaning given that phrase in Texas Rules of Federal Procedure 34, and also means the originals and all non-identical copies (whether by reason of marginal or other notes, markings, alterations, modifications, changes or amendments) of any writing or tangible thing, including, but not limited to any written, typewritten, handwritten, printed, transcribed, punched, taped, filmed, recorded, computer produced or graphic material, however produced or reproduced, correspondence, notes, telegraphs, telegrams, memoranda, contracts, inter-office or intra-office communications, offers, leases, agreements, transactions, of records or recordings, summaries or records of telephone or personal conversations, summaries of records or minutes of meetings or conferences, agendas meetings or conferences, studies, analysis, evaluation, work papers and all drafts, specifications, guidelines, technical journals, articles, instruction manuals, papers or other publications, drawings, maps, plans, tables, graphs, charts, bulletins, circulars, brochures, pamphlets, manuals, books, prospectuses, computer printouts, teletypes, telefax, invoices, graphic or manual records, photographs, notebooks, records, desk calendars or diaries, day books, business records, electronic, mechanical or electric records, or representation of any kind (including without limitation, tapes, cassettes, disks, recording, microfiche, microfilm, video tapes, and motion pictures, books of account, ledgers, budgets, or any other papers or things purporting to be a document and/or tangible thing.

"Identify" - means state the name, address and phone number.

"The incident" - means the incident that occurred on February 6, 2001 described in Plaintiff's lawsuit.

## INTERROGATORIES

1. In regard to the following persons, please state their present whereabouts, the crime for which they were convicted and the sentence given:

| | **Prisoner Number** | **Inmate Name** |
|---|---|---|
| a. | (36405-079) or 93405-079 | Cabrera |
| b. | 76988-079 | Coleman |
| c. | 10471-035 | Damione Brock |
| d. | 83514-080 | Sergio Diaz Alvarez |
| e. | 46222-079 | Frazier |
| f. | 09177-035 | Hodges |
| g. | 86842-079 | P. Guzman |
| h. | 23087-077 | L. D. Richardson |
| i. | 03996-025 | G. Haynes |
| j. | 29501-077 | Hammons |
| k. | 76893-079 | Corey Williams |
| l. | 02020-081 | Robert Alford |
| m. | 05760-080 | Gomez |
| n. | 89539-079 | Jose Jaime |
| o. | 84122-079 | Manuel Montemayor |
| p. | 85652-079 | Alfonso Martinez |
| q. | 71774-079 | Jesus Martinez Orosco |

|   |   |   |
|---|---|---|
| r. | 25117-177 | Felipe Castro Ontiveros |
| s. | 06100-112 | Danny Schertz |
| t. | 39571-008 | Romero |
| u. | 76844-079 | Javier Tijerina |

**ANSWER:**


2. In connection with the following persons, please state their present whereabouts, last known address, the phone number and whether they are still employed by the United States Government:

   a. W. Martin,

   b. J. Hummee,

   c. Debra Romero, and

   d. J. P. Shipman

**ANSWER:**


3. Identify all persons charged with a criminal offense resulting from the incident which is the basis of this lawsuit, including the style, cause number and disposition of the case and their present whereabouts.

**ANSWER:**

| | | |
|---|---|---|
| STATE OF TEXAS | § § § | **AFFIDAVIT** |
| COUNTY OF _____ | | |

BEFORE ME, the undersigned authority on this day personally appeared , _____ and after being by me first duly sworn, upon his/her oath, deposes and says that he/she is duly qualified and authorized in all respects to make this affidavit; that he/she has read the above and foregoing answers to interrogatories and that every statement contained therein is within his/her knowledge and is true and correct.

_____

SWORN TO AND SUBSCRIBED BEFORE ME, this _____ day of _____,2006.

_____
Notary Public - State of Texas

_____
Printed name of Notary

My commission expires:_____

SEAL: