IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 |
| THE UNITED STATES OF AMERICA | § § § | FEDERAL TORT CLAIMS ACT |

**ORDER SETTING HEARING ON PLAINTIFF'S
MOTION FOR RECONSIDERATION**

ON THIS DAY came on for consideration in the above-entitled and numbered cause Plaintiff's Motion for Reconsideration of Plaintiff's Second Motion to Compel Discovery and Motion for In-Camera Inspection, and after considering the evidence and argument of counsel, it is the opinion of the court that said motion should be set for hearing.

IT IS THEREFORE ORDERED that the above-entitled and numbered cause be set for hearing on the _____ day of _____, 2006, at _____ o'clock _____ .m. in the United States District Court for the Southern District of Texas, Brownsville Division.

SIGNED FOR ENTRY this _____ day of August, 2006.

_____
JUDGE PRESIDING

Copies to:

Nancy Masso, Assistant US Attorney, 600 E. Harrison St. #201, Brownsville, Texas 78520
Barry R. Benton, Attorney at Law, 284 Ebony Ave., Brownsville, Texas 78520