**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. B-02-154 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

***ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF
PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY AND MOTION FOR IN-
CAMERA INSPECTION***

Today, this Court considered the "Plaintiff's Motion for Reconsideration of Plaintiff's Second Motion to Compel Discovery and Motion for In-Camera Inspection." Having reviewed the motion, and arguments made in opposition to same, this Court finds that the motion lacks merit.

THEREFORE, IT IS ORDERED that "Plaintiff's Motion for Reconsideration of Plaintiff's Second Motion to Compel Discovery and Motion for In-Camera Inspection" be DENIED.

Signed: _____

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas