| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| LUIS ALEJANDRO GARZA<br><br>versus<br><br>THE UNITED STATES OF AMERICA<br><br>Judge Hilda G. Tagle<br><br>List of | CASE NO.   B-02-154<br><br>**EXHIBIT LIST**<br><br>Case Manager:   Stella Cavazos<br>Court Reporter:   Breck Record<br><br>Proceeding          Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Coleman's hand written statement | | |
| 2 | Anibal Cabrera-Piris mass interview form | | |
| 3 | Anibal Cabrera-Piris hand written notes | | |
| 4 | Damoine Brock's hand written notes | | |
| 5 | Damoine Brock's mass interview form | | |
| 6 | Diaz-Alvarez' mass interview form | | |
| 7 | Sergio Diaz' mass interview form | | |
| 8 | Jose Luis Guzman-Posos mass interview form | | |
| 9 | L. D. Richardson's mass interview form | | |
| 10 | George E. Hayes mass interview form | | |
| 11 | Memo to H. A. Beard dated 2-7-01 | | |
| 12 | Robert Hammons mass interview form | | |
| 13 | Corey Williams mass interview form | | |
| 14 | Robert Alford's mass interview form | | |

**EXHIBIT "A" TO FINAL PRETRIAL ORDER**
(PAGE 1 OF 5)

| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| LUIS ALEJANDRO GARZA | CASE NO.    B-02-154 |
|---|---|
| versus | |
| THE UNITED STATES OF AMERICA | **EXHIBIT LIST** |
| Judge Hilda G. Tagle | Case Manager:    Stella Cavazos<br>Court Reporter:    Breck Record |
| List of | Proceeding            Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 15 | John Gomez mass interview form | | |
| 16 | Specific post orders dated 1-3-00 | | |
| 17 | Interview summary, page 3 | | |
| 18 | Description of incident | | |
| 19 | Alfonso Martinez mass interview form | | |
| 20 | Plaintiff's medical records | | |
| 21 | "Players" | | |
| 22 | W. Martin memo | | |
| 23 | J. Rannefeld's memo dated 6-6-01 | | |
| 24 | D. Romero's memo dated 2-7-01 | | |
| 25 | D. Esparza's memo dated 2-7-01 | | |
| 26 | M. Santoyo's memo dated 2-7-01 | | |
| 27 | A. Lemos' memo dated 2-6-01 | | |
| 28 | Sheri Swango's memo dated 2-7-01 | | |

| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| LUIS ALEJANDRO GARZA | CASE NO.   B-02-154 |
|---|---|
| versus | |
| THE UNITED STATES OF AMERICA | **EXHIBIT LIST** |
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos<br>Court Reporter:   Breck Record |
| List of | Proceeding            Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 29 | Photocopy of photographs of Plaintiff | | |
| 30 | Photocopy of photographs of Plaintiff | | |
| 31 | Radiological report dated 10-25-01 | | |
| 32 | Medical history report dated 8-8-00 | | |
| 33 | Medical history report dated 9-14-00 | | |
| 34 | Medical history report dated 9-17-02 | | |
| 35 | Consult sheet dated 9-11-01 | | |
| 36 | Inmate request to staff dated 5-7-02 | | |
| 37 | Inmate Injury Assessment and Follow-up dated 2-6-01 | | |
| 38 | Community Hospital Daily Medical Rounds dated 2-8-01 | | |
| 39 | Photographs of Plaintiff with family | | |
| 40 | Photographs of Plaintiff with family | | |
| 41 | Photograph of recreation area | | |
| 42 | Photograph of recreation area | | |

| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| LUIS ALEJANDRO GARZA | CASE NO.   B-02-154 |
|---|---|
| versus | |
| THE UNITED STATES OF AMERICA | **EXHIBIT LIST** |
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos<br>Court Reporter:   Breck Record |
| List of | Proceeding              Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 43 | Photograph of recreation area | | |
| 44 | Photograph of recreation area | | |
| 45 | Photograph of recreation area | | |
| 46 | Photograph of recreation area | | |
| 47 | Photograph of recreation area | | |
| 48 | Photograph of recreation area | | |
| 49 | Photograph of recreation area | | |
| 50 | Photograph of recreation area | | |
| 51 | Photograph of recreation area | | |
| 52 | Photograph of recreation area | | |
| 53 | Photograph of recreation area | | |
| 54 | Photograph of recreation area | | |
| 55 | Photograph of recreation area | | |
| 56 | Photograph of recreation area | | |

| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| LUIS ALEJANDRO GARZA | CASE NO.   B-02-154 |
|---|---|
| versus | |
| THE UNITED STATES OF AMERICA | **EXHIBIT LIST** |
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos<br>Court Reporter:   Breck Record |
| List of | Proceeding              Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 57 | Excerpts of DVD's depicting the prison | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |