**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| LUIS ALEJANDRO GARZA<br><br>vs.<br>UNITED STATES OF AMERICA | CIVIL ACTION Nº. B-02-154 |

**Court Room Deputy:**
**Court Reporter:**
**WITNESS(es):**      **Judge:** Hon. Hilda G. Tagle
   Debra Romero         **AUSA:** Nancy Masso
   Willie Martin         **Opposing Counsel:** Barry Benton
   Joe Humme            **Held at:** 600 E. Harrison, Brownsville, Texas
                        **Date:**
                        **Court Trial:** X   **Jury Trial:** __ **Hearing:** __
                        Exhibit List of the United States of America

## EXHIBIT LIST                                            Page _1_ of _1_

| Nº. | Description | MAR | OFF | OBJ | ADM | DAT | Disp. After Trial |
|---|---|---|---|---|---|---|---|
| 1 | Diagram of Recreation Yard at FCI, Three Rivers, Texas | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXHIBIT "B" TO FINAL PRETRIAL ORDER**
(PAGE 1 OF 1)