| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| LUIS ALEJANDRO GARZA | CASE NO.   B-02-154 |
|---|---|
| versus | |
| THE UNITED STATES OF AMERICA | **WITNESS LIST** |
| Judge Hilda G. Tagle | Case Manager:   Stella Cavazos<br>Court Reporter:   Breck Record |
| List of | Proceeding            Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Luis A. Garza, plaintiff, #92434-079 | | |
| 2 | Anibal Cabrera-Piris, #93405-079 | | |
| 3 | Myron Coleman, #76988-079 | | |
| 4 | Damione Brock, #10471-035 | | |
| 5 | Antonio DeWayne Frazier, #4622-079 | | |
| 6 | James Kevin Hodges, #09177-035 | | |
| 7 | Jose Luis Guzman-Posos, #86842-079 | | |
| 8 | L. D. Richardson, #23687-077 | | |
| 9 | George E. Hayes, #03996-025 | | |
| 10 | Robert Hammons, #29501-077 | | |
| 11 | Corey Williams, #76893-079 | | |
| 12 | Robert Alford, #02020-081 | | |
| 13 | John Gomez, #05760-080 | | |
| 14 | Jose Luis Jaime, #89539-079 | | |

**EXHIBIT "C" TO FINAL PRETRIAL ORDER**
(PAGE 1 OF 2)

| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| LUIS ALEJANDRO GARZA | CASE NO. B-02-154 |
|---|---|
| versus | **WITNESS LIST** |
| THE UNITED STATES OF AMERICA | |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of | Proceeding         Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 15 | Manuel Montemayor, #84122-079 | | |
| 16 | Alfonso Martinez, #85652-079 | | |
| 17 | Jesus Martinez-Orosco, #71774-079 | | |
| 18 | Felipe Castro-Ontivero, #25117-177 | | |
| 19 | Javier Tijerina, #76844-079 | | |
| 20 | Juan Humberto Munoz, #33093-079 | | |
| 21 | Cesar Cisneros, #82044-079 | | |
| 22 | Debra Romero | | |
| 23 | Willie Martin | | |
| 24 | Joseph Humme | | |
| 25 | Brian W. Ritter | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |