IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 |
| THE UNITED STATES OF AMERICA | § § § | FEDERAL TORT CLAIMS ACT |

# EXHIBIT "2"

(Rev 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** DEADLINE 03/25/2001               **Date:** 03/16/2001

**To:** Laboratory                **Attn:** FAVIAU
                                          Quantico, Virginia
                                          Holly Breault

**From:** Houston
         CCRA
         **Contact:** SA Brian W. Ritter (361) 885-6712

**Approved By:** Mitchell Delmer R

**Drafted By:** Ritter Brian W:bwr

**Case ID #:** 90A-HO-57715 -21 (Pending)

**Title:** UNSUBS;
         LUIS ALEJANDRO GARZA - VICTIM,
         FELIPE CASTRO-ONTIVEROS - VICTIM;
         FEDERAL CORRECTIONAL INSTITUTION,
         THREE RIVERS, TEXAS;
         IFPI - CRIME OF VIOLENCE

**Synopsis:** Set Lead.

**Reference:** 90A-HO-57715 Serial 2

**Administrative:** Reference Lab# 010214256

**Details:** On 03/15/2001, writer sent a second video tape to FAVIAU examiner Holly Breault at her request under separate cover. An exam of the video is requested as set out in an EC to FAVIAU dated 02/09/2001. The video is a duplicate video made after a multiplexor isolated camera 8 from the other cameras.

00034

```
To:  Laboratory  From:  Houston
Re:  90A-HO-57715, 03/16/2001
```

**LEAD(s):**

**Set Lead 1:**

<u>LABORATORY</u>

   <u>AT WASHINGTON, DC</u>

1: Make a slow motion video of camera 8 from 7:05 p.m. to 7:10 p.m.
2: Print 8x10 images from camera 8 from 7:08:35 to 7:09:45.

♦♦

**FBI LABORATORY**

## FEDERAL BUREAU OF INVESTIGATION
### WASHINGTON, D. C. 20535

To: SAC, Houston
(Corpus Christi Resident Agency)

Date: June 22, 2001

Case ID No.: 90A-HO-57715 - 32

Lab No.: 010214256 KP

Reference: Communication dated February 9, 2001

Your No.:

Title: UNSUBS;
LUIS ALEJANDRO GARZA - VICTIM;
FELIPE CASTRO-ONTIVEROS - VICTIM;
FEDERAL CORRECTIONAL INSTITUTION,
THREE RIVERS, TEXAS;
IFPI - CRIME OF VIOLENCE

Date specimens received: February 14, 2001

Specimen:

Q1    One T-120 VHS video cassette tape marked in part "ECN 01-12"

Remarks:

The results of the Forensic Audio, Video and Image Analysis Unit examinations are included in this report.

Q1 and the processed video prints were forwarded to your office under separate cover via Federal Express on March 23, 2001.

Page 1 of 1

This Report is Furnished for Official Use Only

90A-HO-57715-32

64 0049

(Rev 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE **Date:** 02/07/2001

**To:** Houston

**From:** Houston
    CCRA
    **Contact:** SA Brian W. Ritter

**Approved By:** Mitchell Delmer R

**Drafted By:** Ritter Brian W:bwr

**Case ID #:** 90A-HO- 57715

**Title:** UNSUBS;
    LUIS ALEJANDRO GARZA - VICTIM,
    FELIPE CASTRO-ONTIVEROS - VICTIM;
    FEDERAL CORRECTIONAL INSTITUTION,
    THREE RIVERS, TEXAS;
    IFPI - CRIME OF VIOLENCE

**Synopsis:** Open and assign.

**Details:** On 02/06/2001 at approximately 7:08 p.m. at the Federal Correctional Institution (FCI) in Three Rivers, Texas, an aggravated assault occurred in the Recreation Area in which two inmates were critically injured. The two victims were airlifted from the FCI to Spohn Memorial Hospital in Corpus Christi, Texas.

Investigation is in the process of identifying subjects involved in the aggravated assault with the assistance of inmate witnesses and FCI video surveillance tape. On 02/07/2001, Department of Public Safety Crime Lab personnel from Corpus Christi processed the crime scene and collected evidence to include weapons used in the assault. Interviews of known subjects and witnesses are scheduled to begin on 02/08/2001.

It is requested that captioned investigation be opened and assigned.

♦♦

02-A 90A-new 2/7/01
SA RITTER
S-1, CPT [illegible]

2/7/02
90A-HO-57715-1

FD-302 (Rev 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/09/2001

      LUIS GARZA, (Victim) inmate #92434-079, Federal Correctional Institution, Three Rivers, Texas was interviewed at the Spohn Memorial Hospital, Intensive Care Unit, Corpus Christi, Texas. After being advised of the identity of the interviewing Agent and the nature of the interview, GARZA provided the following information:

      GARZA advised that at the time he was initially assaulted, he was walking near the stationary bicycles toward the free weight area when he was jumped by an unknown number of inmates. He was unable to recall any details of the assault after he was first jumped. GARZA did not know that he was found against the wall directly under the free weight video surveillance camera after the assault. He stated that he was preparing to clean the free weight cage up and then go to church. He could not think of any reason he was assaulted or what was used to assault him. He was not able to identify any of his assailants. GARZA stated that he is not part of any gang and has never been threatened about joining a gang.

      GARZA allowed investigating Agent to take several photographs of the injuries to his head. He advised that he is scheduled to receive surgery for his injuries on February 9, 2001. GARZA advised that as time goes by, he will attempt to provide any details if he is able to remember them.

---

Investigation on  02/08/2001  at  Corpus Christi, Texas

File #  90A-HO-57715 -5                                   Date dictated  02/08/2001

by  SA BRIAN W. RITTER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

(Rev. 08-28-2000)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY            **Date:** 02/09/2001

**To:** Laboratory        **Attn:** FAVIAU
                                           Quantico, Virginia
                                           Program Manager Dale Linden

**From:** Houston
        Corpus Christi Resident Agency
        **Contact:** SA Brian W. Ritter (361) 885-6712

**Approved By:** Mitchell Delmer R

**Drafted By:** Ritter Brian W:bwr

**Case ID #:** 90A-HO-57715 (Pending)

**Title:** UNSUBS;
LUIS ALEJANDRO GARZA - VICTIM,
FELIPE CASTRO-ONTIVEROS - VICTIM;
FEDERAL CORRECTIONAL INSTITUTION,
THREE RIVERS, TEXAS;
IFPI - CRIME OF VIOLENCE

**Synopsis:** Set Lead.

**Administrative:** Reference telephone call on 02/09/2001 from Special Agent Brian W. Ritter, Houston Division to Program Manager Dale Linden, FAVIAU.

**Enclosure(s):** Enclosed for Laboratory is the *original* video surveillance tape obtained from the Federal Correctional Institution in Three Rivers, Texas.

**Details:** On 02/06/2001 at 7:08 p.m., a gang assault took place at the Federal Correctional Institution in Three Rivers, Texas. A video surveillance tape was obtained that documents one of the assaults that occurred. The tape documented approximately thirty inmates assaulting one inmate.

    The prison uses a Digital Video Multiplexor. The camera that captured the assault at 7:08 p.m. The assault was over at 7:09 p.m. Camera 7 is a moving camera that also covers the location of the assault for a few seconds.

    Prior to the tape being removed from equipment, it reached the end of the tape and automatically rewound and started

00002

| Document | Initials | Date |
|---|---|---|
| OK to Upload | | 2/9/01 |
| Uploaded by | | 2/9/01 |
| Serial # 2 | | |

To: Laboratory   From: Houston
Re: 90A-HO-57715, 02/09/2001

to record again. This process did not interrupt the recording of the assault.

All of the subject inmates are Mexican Nationals. Some have pending release dates in a few months. This tape is the only solid evidence as to their participation in the assault. The prison is also concerned about identifying inmates involved for security reasons.

Thus, it is requested that results of the lead be submitted back to the Corpus Christi Resident Agency no later than **03/16/2001**.

```
To:  Laboratory   From:  Houston
Re:  90A-HO-57715, 02/09/2001
```

**LEAD(s):**

**Set Lead 1:**

<u>LABORATORY</u>

<u>AT QUANTICO, VIRGINIA</u>

The following is requested:

1: Make a slow motion video of Camera 8 from 7:05 p.m. to 7:10 p.m.
2: Print 8X10 images from Camera 8 from 7:08:35 until 7:09:45.
3: Make a slow motion video of Camera 7 from 7:05 p.m. to 7:10 p.m.

♦♦

P.S. 1380.05
August 1, 1995
Attachment G, Page 1

I-0682

## CHAIN OF CUSTODY LOG
(Enclose with/attach to evidence)

ECN ~~CASE~~ ID NUMBER: **01-52**     SUSPECT (If known) _____

DESCRIPTION OF ITEM: 8mm Cam Video Tape

DATE/TIME ITEM FOUND: 2/6/01 / 7:15 pm

LOCATION: Recreation Yard

SIGNATURE OF PERSON RECOVERING EVIDENCE: [signature]

PRINTED NAME: F. Brown

EVIDENCE PLACED IN EVIDENCE LOCKER BY: J. Rommfld

DATE/TIME PLACED IN EVIDENCE LOCKER: 2/6/01 / 10:0 pm

DISPOSITION:

[X] Hold as evidence   [ ] Return to owner        [ ] Lab Analysis
[ ] Return to finder   [ ] Destroy immediately    [ ] FBI
[ ] Other

REMARKS & WITNESSES:

_____
_____

### CHAIN OF CUSTODY

| Evidence Released To | Date/Time | Destination | Released By |
|---|---|---|---|
| C/O. Aranda | 2-13-01 9:30 | Control Center | R. Webster |
| R. Webster | 3-5-01 9:45 | SIS Safe | Aranda |

| *RU* | *Control No.* | *Case Date* | *Case* | *Acquired* | *Released* |
|---|---|---|---|---|---|
| TRV | 01-51 | 02/06/2001 | I-0682 | 02/06/2001 | |

*Notes*

*Item*

CLOTHING BELONGING TO BENITEZ-O., #49595-198

| *RU* | *Control No.* | *Case Date* | *Case* | *Acquired* | *Released* |
|---|---|---|---|---|---|
| TRV | 01-52 | 02/06/2001 | I-0682 | 02/06/2001 | |

*Notes*

*Item*

8MM TAPE OF REC YARD INCIDENT

## Evidence Roster

| RU | Control No. | Case Date | Case | Acquired | Released |
|---|---|---|---|---|---|
| TRV | 01-12 | 02/06/2001 | I-0682 | 02/07/2001 | 02/08/2001 |

**Notes**
RELEASED TO S/A RITTER, FBI

**Item**
VIDEO TAPE OF REC YARD ASSAULT

| RU | Control No. | Case Date | Case | Acquired | Released |
|---|---|---|---|---|---|
| TRV | 01-16 | 02/06/2001 | I-0682 | 02/07/2001 | |

**Notes**

**Item**
CLOTHING BELONGING TO RODRIGUEZ #05592-196

| RU | Control No. | Case Date | Case | Acquired | Released |
|---|---|---|---|---|---|
| TRV' | 01-17 | 02/06/2001 | I-0682 | 02/07/2001 | |

**Notes**

**Item**
CLOTHING BELONGING TO CASTRO #25117-107

| RU | Control No. | Case Date | Case | Acquired | Released |
|---|---|---|---|---|---|
| TRV | 01-18 | 02/06/2001 | I-0682 | 02/07/2001 | |

**Notes**

**Item**
CLOTHING BELONGING TO JAIME #89539-079

| RU | Control No. | Case Date | Case | Acquired | Released |
|---|---|---|---|---|---|
| TRV | 01-19 | 02/06/2001 | I-0682 | 02/06/2001 | |

**Notes**