IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 |
| THE UNITED STATES OF AMERICA | § § § | FEDERAL TORT CLAIMS ACT |

# EXHIBIT "3"

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Date:** | Mon, 11 Sep 2006 10:58:22 -0500 |
| **From:** | "Masso, Nancy (USATXS)" <Nancy.Masso@usdoj.gov> |
| **Subject:** | Garza v. USA Copy of Transcript Request |
| **To:** | Barry57@sbcglobal.net |

Barry

Earlier today you asked how much our office would charge for the costs of copying the deposition transcripts in this case.

As you recall, when we first discussed the taking of the BOP employee depositions, it was your intention to take them solely by video. I indicated to you at that time that the United States desired that the depositions also be transcribed by a court reporter. You advised that you had no objection, but that the United States would have to incur the costs associated with the hiring of a court reporter. We agreed that the United States could cross-notice the depositions to have a court reporter transcribe the depositions. As a consequence, however, I advised you that the United States would not provide you a copy of the transcripts.

I conferred with my supervisor concerning your request that we provide you a cost estimate/copies of the deposition transcripts. Given the circumstances described above, we have decided to decline your request for cost estimate/copies.

Should you have any questions, please feel free to contact me.

Nancy Masso, AUSA