IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 |
| | § | FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF AMERICA | § § § | |

### ORDER GRANTING PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY

ON THIS _____ day of _____, 2006, came on to be heard **Plaintiff's Third Motion to Compel Discovery**, and after hearing evidence and argument of counsel, it is the opinion of the court that said motion should be GRANTED.

SIGNED FOR ENTRY this _____ day of _____, 2006.

_____
JUDGE PRESIDING

Copies to:

Nancy Masso, Assistant US Attorney, 600 E. Harrison St. #201, Brownsville, Texas 78520
Barry R. Benton, 284 Ebony Ave., Brownsville, Texas 78520