IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-154 |
| | § | FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF | § | |
| AMERICA | § | |

**EXHIBIT 1**

Coleman
76988-079

Karnes.
( here 2½ yrs.
( 18 months to go. Drugs.
(                          would Testify in Court.
(   No gangs.
(  Playing basket ball - outdoor.
( saw Essays go to handball court. - 'BB' over 30.
( I saw one hit one with pipe or something
( Saw guy by weight cage gate get fucked up.

I ran towards Indoor Basket ball they were behind us,
    thought they were after us.
- Little Bald headed dude got hit with a pipe
    or something at Office gates (metal) going into Rec.
    about six jumped him
- Guy by weight cage, one guy hit him, others
    started kicking him.
- One guy lived in 218 K-B was 1st one to
    hit guy by weight cage
- didn't see others getting hit.
- Can identify others by picture.
- BB's hit TS
        had club - cooler

                        1st to hit guy by cage
( Saw - Acosta by handball court. didn't see fighting.
                as
        assaulting guy by ice machine w/ ball
    ran b/ne hitting guy by weight pile
    by weight pile - assaulting
        running by

U.S. DEPARTMENT OF JUSTICE                                    P.S. 1380.05
Federal Bureau of Prisons                                     August 1, 1995
                                                              Attachment N, Page 1

*Arrived at the Institution a week and a half ago.*

_TRV_

**INSTITUTION**

KOL-125

**MASS INTERVIEW FORM**

Interview of Inmate: _Cabrera - Pris_ Reg. No. _93405-079_ Unit/Cell _K-A 112_

Detail: _Unassign_    Topic of Interview: _Assault_    FS/A1

Place of Interview: _Karnes Center Office_

Date & Time of Interview: _2/6/01  10:45 PM_

1. Do you know the victim? _NO_ From where? _____
   Did you see him/her today? _____ If so, when? _____ Where? _____
   With whom? _N/A_
   By what name do you know the victim? _____

2. Where were you at the time of the incident? _Weight Pile_
   What were you doing? _Lifting Weights_
   How long had you been there? _45 minutes_
   Who saw you in the area? _A Lot of people_

3. What do you know about the incident? (Explain): _30-40 inmates jumped two inmates. Don't Fuck With "La Raza" The crew it means. they said._

4. Do you know what happened? (Explain): _I saw them kick him in the upper torso and head area. They threw the ball at the guy very hard-striking him IN the head_

5. Did you see the weapon? (Describe): _Yes, I did._

6. What have you been told about the incident? (By whom?): _I was there._

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

7.    Name of the alleged assailant(s): ____ _No_____

      Name: _____ Reg. No. _____ Unit _____

      Nickname: _____ Assignment: _____

      Race: _____ Age: _____ Height: _____ Weight: _____

      Color of Hair: _____ Color of Eyes: _____

      Clothing Worn: _____

      Any other descriptive identifying marks, scars, tattoos, etc.? _____

      _____

      _____

8.    A detailed account of your activities/location for two hours prior to discovery of the victim:

      _____

      _____

      _____

9.    If you knew anything about the incident would you tell us?  Yes __✓__    No _____

10.   Is there anything else we should be asking you?        Yes _____    No __✗__

      _____

      _____

11.   Is there anything else you wish to tell us?            Yes __✗__    No _____

      _____

      _____

12.   Interviewers comments: _____

      _____

      _____

      _____

Name of Interviewer: _____Neal_____    Witness: _____
                         (Print)                                    (Print)

                    _____            _____
                         (Signature)                          (Signature)

                    _____            _____
                         (Title)                              (Title)

Time Interview Ended: _____

Cabrera    93405.079    < A    KOI-125
FS/AM

Was lifting weights when he saw a large group of inmates (blacks, mexican white) walking back & forth outside weight lifting cage & ab machines. He observed numerous (more than 30) inmates hitting inmate with water jugs, (Red) bocci ball & kicking. Inmates were not using fists they were kicking & throwing objects at the victim. Inmate Cabrera feels fingerprints may be found on ball.

Brock
10471-035
3-7-01
11:40 AM

K-B.

here 4 months
130 months to go.
Drug trafficing.
Was sitting on Bleachers, went out
right after chow. w/beaver
saw large grp of mex by handball
court. Saw them assault one guy
saw other guy after fight.
Saw guy by cage getting stomped, hit
w/ water jug.
identified #21    #30
        was hitting guy w/water cooler
w/white top, blush green base.
        was kicking along w/rest of them.
        kicking by cage
        also in mix.

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 1

*Beaver, Dedrich*
*03018-180*

*TRV*
INSTITUTION

*K03-096*

MASS INTERVIEW FORM

Interview of Inmate: *Broch, Damione* Reg. No. *10471-035* Unit/Cell *127u*

Detail: _____ Topic of Interview: _____

Place of Interview: _____

Date & Time of Interview: _____

_____

1.    Do you know the victim? _____ From where? _____

      Did you see him/her today? _____ If so, when? _____ Where? _____

      With whom? _____

      By what name do you know the victim? _____

2.    Where were you at the time of the incident? _____

      What were you doing? _____

      How long had you been there? _____

      Who saw you in the area? _____

      _____

※ 3.  What do you know about the incident? (Explain): *I was setting on the bleacher*
      *when it kicked off. About 50 or 60 hispanic started*
      *grouping up. Then the fight started by the cage.*
      *One hispanic was getting the shit kicked out of him*

4.    Do you know what happened? (Explain): _____
      *by about 20 or so others. He looked dead to me*
      *I did not ~~*blacked*~~ know anyone, I heard*
      *they were BBs.*

5.    Did you see the weapon? (Describe): _____
      _____
      _____

6.    What have you been told about the incident? (By whom?): _____
      _____
      _____

*EYEWITNESS!*

S. DEPARTMENT OF JUSTIC                                    1380.05
deral Bureau of Prisons                              August 1, 1995
                                                   Attachment N, Page 2

Name of the alleged assailant(s): _____

Name: _____ Reg. No. _____ Unit _____

Nickname: _____ Assignment: _____

Race: _____ Age: _____ Height: _____ Weight: _____

Color of Hair: _____ Color of Eyes: _____

Clothing Worn: _____

Any other descriptive identifying marks, scars, tattoos, etc.? _____

_____

_____

A detailed account of your activities/location for two hours prior to discovery of the victim:

_____

_____

_____

If you knew anything about the incident would you tell us?  Yes _____    No _____

Is there anything else we should be asking you?            Yes _____    No _____

_____

_____

Is there anything else you wish to tell us?               Yes _____    No _____

_____

_____

Interviewers comments: _____

_____

_____

of Interviewer: _____        Witness: _____
                       (Print)                                 (Print)

                _____                  _____
                      (Signature)                              (Signature)

                _____                  _____
                        (Title)                                  (Title)

Interview Ended: _____

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 1

FCI TRU
INSTITUTION

## MASS INTERVIEW FORM

Interview of Inmate: Diaz-Alvarez, S    Reg. No. 83514-080    Unit/Cell: 98U

Detail: Orl MFA    Topic of Interview: Assault

Place of Interview: MFA

Date & Time of Interview: 2/7/01  1237

1.  Do you know the victim? _____  From where? _____
    Did you see him/her today? _____  If so, when? _____  Where? _____
    With whom? _____
    By what name do you know the victim? _____

2.  Where were you at the time of the incident? Walking on Track
    What were you doing? Walking
    How long had you been there? 849pm until lockdown
    Who saw you in the area? No one

3.  What do you know about the incident? (Explain): I saw a bunch
    of people outside on basketball
    court, mostly Hispanics

4.  Do you know what happened? (Explain): I think somebody
    fight.

5.  Did you see the weapon? (Describe): no

6.  What have you been told about the incident? (By whom?): none told
    me nothing.

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

7.    Name of the alleged assailant(s): _Don le Know_

      Name: _____    Reg. No. _____    Unit _____

      Nickname: _____    Assignment: _____

      Race: _____    Age: _____    Height: _____    Weight: _____

      Color of Hair: _____    Color of Eyes: _____

      Clothing Worn: _____

      Any other descriptive identifying marks, scars, tattoos, etc.? _____
      _____

8.    A detailed account of your activities/location for two hours prior to discovery of the victim:
      @ 5:50pm I was in the Unit, then
      I went to chow, then I came
      back to the unit & I went to the
      track.

9.    If you knew anything about the incident would you tell us? Yes _____    No ✓

10.   Is there anything else we should be asking you? _____    Yes _____    No ✓

11.   Is there anything else you wish to tell us? _____    Yes _____    No ✓

12.   Interviewers comments: _Piedras Negras, MX_
      _denies gang ties_
      _____
      _____

Name of Interviewer: _Kitterlage_
                     (Print)

      _K Hislage_
           (Signature)

      _CSW_
           (Title)

Witness: _____
           (Print)

         _____
           (Signature)

         _____
           (Title)

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 1

_FCI TRV_

INSTITUTION

MASS INTERVIEW FORM

Interview of Inmate: _Diaz, Sergio_    Reg. No. _83514 080_    Unit/Cell _MA-98_

Detail: _Unit Orderly_    Topic of Interview: _____

Place of Interview: _NCM Unit_ _____

Date & Time of Interview: _2-06-01_    _10:45_

1.   Do you know the victim? _____ From where? _____
     Did you see him/her today? _____ If so, when? _____ Where? _____
     With whom? _____
     By what name do you know the victim? _____

2.   Where were you at the time of the incident? _Rec Yard ON the track_
     What were you doing? _Since 5:30 pm, Walking_
     How long had you been there? _____
     Who saw you in the area? _____

3.   What do you know about the incident? (Explain): _I was Walking & I_
     _Saw them gathering at basketball court._

4.   Do you know what happened? (Explain): _Fight_

5.   Did you see the weapon? (Describe): _No._

6.   What have you been told about the incident? (By whom?): _That there was_
     _a fight._

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

7.  Name of the alleged assailant(s): _____ DONT KNOW WHO WAS INVOLVE

Name: _____ Reg. No. _____ Unit _____

Nickname: _____ Assignment: _____

Race: _____ Age: _____ Height: _____ Weight: _____

Color of Hair: _____ Color of Eyes: _____

Clothing Worn: _____

Any other descriptive identifying marks, scars, tattoos, etc.? _____

_____

_____

8.  A detailed account of your activities/location for two hours prior to discovery of the victim:

Went to eat & thaw went to walk @ track.

_____

9.  If you knew anything about the incident would you tell us?  Yes _____✓_____    No _____

10.  Is there anything else we should be asking you?    Yes _____    No ____✓____

_____

_____

11.  Is there anything else you wish to tell us?    Yes _____    No ____✓____

_____

_____

12.  Interviewers comments: _____

_____

_____

_____

Name of Interviewer: _Millie Guijardo_        Witness: _____
                        (Print)                              (Print)

_Millie Guijardo_                                 _____
(Signature)                                        (Signature)

_____                           _____
(Title)                                            (Title)

Time Interview Ended: ____10:50 pm.____

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
**August 1, 1995**
Attachment N, Page 1

_____ FCI  TRV _____
INSTITUTION

MASS INTERVIEW FORM

Interview of Inmate: Ghznan V-    Reg. No. 86842-079  Unit/Cell: JLA.

Detail: Recreation AM  Topic of Interview: Fight IN Regard

Place of Interview: JLA

Date & Time of Interview: 2-6-01  1123 pm

1.   Do you know the victim? N    From where? _____
     Did you see him/her today? _____ If so, when? _____ Where? _____
     With whom? _____
     By what name do you know the victim? _____

2.   Where were you at the time of the incident? AT THE Rec yard by
     What were you doing? He gate waiting
     How long had you been there? 16 minute
     Who saw you in the area? Ms. Ronero, Rec staff

3.   What do you know about the incident? (Explain): nothing, I Just Head
     Ms. Ronero Radio going off

4.   Do you know what happened? (Explain): No.

5.   Did you see the weapon? (Describe): NO

6.   What have you been told about the incident? (By whom?): I Just Heard the
     Noise

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

---

7.    Name of the alleged assailant(s): _____

  Name: _____ Reg. No. _____ Unit _____

  Nickname: _____ Assignment: _____

  Race: _____ Age: _____ Height: _____ Weight: _____

  Color of Hair: _____ Color of Eyes: _____

  Clothing Worn: _____

  Any other descriptive identifying marks, scars, tattoos, etc.? _____

  _____

  _____

8.    A detailed account of your activities/location for two hours prior to discovery of the victim:

  _____

  _____

  _____

9.    If you knew anything about the incident would you tell us?  Yes ___✓___    No _____

10.   Is there anything else we should be asking you?    Yes _____    No ___✓___

  _____

  _____

11.   Is there anything else you wish to tell us?    Yes _____    No ___✓___

  _____

  _____

12.   Interviewers comments: _INmate states HE Heard the_
  _TRAffic over MR. Romero Radio And_
  _stayed still_

  _____

Name of Interviewer: _D Rios/_
                     (Print)

                     _____
                     (Signature)

                     _____
                     (Title)

Witness: _____
         (Print)

         _____
         (Signature)

         _____
         (Title)

Time Interview Ended: _11:21 pm_

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 1

## FCI TRV
INSTITUTION

## MASS INTERVIEW FORM

Interview of Inmate: Richardson, LA  Reg. No. 23567-07  Unit/Cell: 125U

Detail: Ocd  Topic of Interview: Assault

Place of Interview: MCB

Date & Time of Interview: 2/7/01  1050

1. Do you know the victim? No  From where: _____
   Did you see him/her today? _____  If so, when? _____  Where? _____
   With whom? _____
   By what name do you know the victim? _____

2. Where were you at the time of the incident? on Rec Yard
   What were you doing? in the Gym watching basketball
   How long had you been there? about 15 min after move
   Who saw you in the area? 2 persons/men

3. What do you know about the incident? (Explain): Nothing

4. Do you know what happened? (Explain): I saw a couple of
   guys on a stretcher

5. Did you see the weapon? (Describe): No

6. What have you been told about the incident? (By whom?): It could have
   been prevented if an off had
   been in the area (weight racks)

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

7.  Name of the alleged assailant(s): NA

Name: _____

Reg. No. _____ Unit _____

Nickname: _____ Assignment: _____

Race: _____ Age: _____ Height: _____ Weight: _____

Color of Hair: _____ Color of Eyes: _____

Clothing Worn: _____

Any other descriptive identifying marks, scars, tattoos, etc.? _____
_____

8.  A detailed account of your activities/location for two hours prior to discovery of the victim:
I was in the unit watching
TV in sports Room - basketball

9.  If you knew anything about the incident would you tell us? Yes ✓   No _____

10. Is there anything else we should be asking you?   Yes _____   No ✓
_____

11. Is there anything else you wish to tell us? _____ Yes _____   No ✓
_____

12. Interviewers comments: _____ had no
gang ties

Name of Interviewer: K Heritage          Witness: _____
                        (Print)                        (Print)

                     K Heritage                      _____
                        (Signature)                      (Signature)

                        (Title)                          (Title)

Time Interview Ended: 1053

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 1

FCI TRU
INSTITUTION

M01-1200

## MASS INTERVIEW FORM

Interview of Inmate: Haynes, G        Reg. No. 03846-005  Unit/Cell 120L

Detail: Facilities        Topic of Interview: _____  Plumbing

Place of Interview: MCA

Date & Time of Interview: 2/7/01    3⁰⁰pm

1. Do you know the victim? NO   From where? _____
   Did you see him/her today? _____ If so, when? _____ Where? _____
   With whom? _____
   By what name do you know the victim? _____

2. Where were you at the time of the incident? Weight Cage
   What were you doing? Since rec opens
   How long had you been there? lifting weights
   Who saw you in the area? Ranged bt 28 guys out of
   JW farris detailed

3. What do you know about the incident? (Explain): Two were Jabo
   in the weight cage, no staff
   around, & the fight lasted a good
   5-10 minutes

4. Do you know what happened? (Explain): bunch of guys got
   in a fight

5. Did you see the weapon? (Describe): NO   I saw Lt.
   Brown Kick a boochie ball.
   _____

6. What have you been told about the incident? (By whom?): nothing
   _____
   _____

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

7.     Name of the alleged assailant(s): _Don't Know_

Name: _____     Reg. No. _____     Unit _____

Nickname: _____     Assignment: _____

Race: _____     Age: _____     Height: _____     Weight: _____

Color of Hair: _____     Color of Eyes: _____

Clothing Worn: _____

Any other descriptive identifying marks, scars, tattoos, etc.? _____

_____

_____

8.     A detailed account of your activities/location for two hours prior to discovery of the victim:

_went to the rec yard on_
_the rec move._

9.     If you knew anything about the incident would you tell us?  Yes _____    No __✓__

10.    Is there anything else we should be asking you?     Yes _____    No __✓__

_____

_____

1.     Is there anything else you wish to tell us?     Yes _____    No __✓__

_____

_____

•     Interviewers comments: _Longview, TX denies_
_gang ties._

_____

of Interviewer: _K Heritage_
                          (Print)
_[signature]_
                          (Signature)
_CSW_
                          (Title)

Witness: _____
                          (Print)
_____
                          (Signature)
_____
                          (Title)

Interview Ended: _3⁵ pm_

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 1

_FCI Three Rivers_
**INSTITUTION**

**MASS INTERVIEW FORM**

Interview of Inmate: _Hammons_    Reg. No. _29501-077_    Unit/Cell _JWA/296 0_

Detail: _Facilities / Plumb_ Topic of Interview: _Disturbance / Rec yard_

Place of Interview: _Counselors Office / JWA_

Date & Time of Interview: _2-6-01_

---

1. Do you know the victim? _____ From where? _____

   Did you see him/her today? _____ If so, when? _____ Where? _____

   With whom? _____

   By what name do you know the victim? _____


2. Where were you at the time of the incident? _bocci court_

   What were you doing? _Playing bocci ball with Purdue (LO)_

   How long had you been there? _through the whole thing_

   Who saw you in the area? _____


3. What do you know about the incident? (Explain): _bocci court - about 80_
   _mexicans jumped on 3 mexicans - I got out of the way,_
   _we went by the horseshoe pit. The boiler butters were_
   _doing the work. I saw one (the one in front of the weight cage)_
   _they hit him in the head with a bocci ball._

4. Do you know what happened? (Explain): _____

   _____

   _____


5. Did you see the weapon? (Describe): _One got smacked with a_
   _red water jug that ended up by the soccer_
   _field._


6. What have you been told about the incident? (By whom?): _____

   _____

   _____

*tell plins guy – bal' head (Identified Castro-Guzman) – they attacked one had BB tatored under his right ear to guy by the tables*

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

---

7.  Name of the alleged assailant(s): _____

Name: _____ Reg. No. _____ Unit _____

Nickname: _____ Assignment: _____

Race: _____ Age: _____ Height: _____ Weight: _____

Color of Hair: _____ Color of Eyes: _____

Clothing Worn: _____

Any other descriptive identifying marks, scars, tattoos, etc.? _____
_____
_____

8.  A detailed account of your activities/location for two hours prior to discovery of the victim:
_____
_____
_____

9.  If you knew anything about the incident would you tell us?  Yes __✓__  No _____

10. Is there anything else we should be asking you?   Yes _____  No __✓__
_____
_____

11. Is there anything else you wish to tell us?   Yes _____  No _____
_____ *it was* _____

2.  Interviewers comments: *I/M Galego #90252-079 looks like a guy they tried to get over where they play cards – he fought about 15 off – (probably Jaime, they look alike) Castro-Guzman was leading the pack*
_____

me of Interviewer: *M. ANDERSON*
                    (Print)
_____
         (Signature)        *LT*
                           (Title)

Witness: _____
            (Print)
         _____
            (Signature)
         _____
            (Title)

ne Interview Ended: *2328*

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

**P.S. 1380.05**
**August 1, 1995**
**Attachment N, Page 1**

_FCI Three Rivers_
INSTITUTION

MAGS INTERVIEW FORM

Interview of Inmate: _Williams, Corey_  Reg. No. _76893 079_ Unit/Cell _KB-124_

Detail: _Kitchen_    Topic of Interview:

Place of Interview: _Raves Unit Center Office_

Date & Time of Interview: _2-7-01_  @ _12:04 pm_

1.  Do you know the victim? _NO_ From where? _____
    Did you see him/her today? _____ If so, when? _____ Where? _____
    With whom? _____
    By what name do you know the victim? _____

2.  Where were you at the time of the incident? _Recreation Yard around 6 pm+8_
    What were you doing? _Playing basketball_
    How long had you been there? _Since 6:00 pm._
    Who saw you in the area? _Other inmates_

3.  What do you know about the incident? (Explain): _I just saw people_
    _crowding up so I got out of the way._

4.  Do you know what happened? (Explain): _NO, I went to the_
    _front gate._

5.  Did you see the weapon? (Describe): _No_

6.  What have you been told about the incident? (By whom?): _Nothing_

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

7.    Name of the alleged assailant(s): ___Don't know___

Name: _____ Reg. No. _____ Unit _____

Nickname: _____ Assignment: _____

Race: _____ Age: _____ Height: _____ Weight: _____

Color of Hair: _____ Color of Eyes: _____

Clothing Worn: _____

Any other descriptive identifying marks, scars, tattoos, etc.? _____

_____

_____

8.    A detailed account of your activities/location for two hours prior to discovery of the victim:

___I was playing basketball.___

_____

_____

9.    If you knew anything about the incident would you tell us?  Yes ___✓___  No _____

10.    Is there anything else we should be asking you?  Yes _____  No ___✓___

_____

11.    Is there anything else you wish to tell us?  ___OK___ Yes _____  No _____

_____

12.    Interviewers comments: _____

_____

_____

Name of Interviewer: __Richard C. Barrera__    Witness: _____
                        (Print)                                (Print)

__[signature]__    _____
        (Signature)                          (Signature)

__CSW__    _____
        (Title)                              (Title)

Time Interview Ended: ___12:07 pm___

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

                                                    **P.S. 1380.05**
                                                    **August 1, 1995**
                                                    **Attachment N; Page 1**

## _FCI TRV_
### INSTITUTION

### MASS INTERVIEW FORM

Interview of Inmate: _Alford, Robert_ Reg. No. _02020-081_ Unit/Cell _94u_

Detail: _Compound_ Topic of Interview: _assault 2-6-01_

Place of Interview: _Qw office_

Date & Time of Interview: _104:_

---

1.  Do you know the victim? _no_ From where? _____

    Did you see him/her today? _____ If so, when? _____ Where? _____

    With whom? _____

    By what name do you know the victim? _____

2.  Where were you at the time of the incident? _coming back from the yard._

    What were you doing? _____

    How long had you been there? _____

    Who saw you in the area? _____

3.  What do you know about the incident? (Explain): _no_ _____

4.  Do you know what happened? (Explain): _no_ _____

5.  Did you see the weapon? (Describe): _no_ _____

6.  What have you been told about the incident? (By whom?): _nothing_

U.S. DEPARTMENT OF JUSTICE                        S. 1380.05
Federal Bureau of Prisons                         August 1, 1995
                                          Attachment N, Page 2

Name of the alleged assailant(s): _____

Name: _____ Reg. No. _____ Unit _____

Nickname: _____ Assignment: _____

Race: _____ Age: _____ Height: _____ Weight: _____

Color of Hair: _____ Color of Eyes: _____

Clothing Worn: _____

Any other descriptive identifying marks, scars, tattoos, etc.? _____

_____

_____

A detailed account of your activities/location for two hours prior to discovery of the victim:

_____

_____

_____

If you knew anything about the incident would you tell us?  Yes _____ No _____

Is there anything else we should be asking you?  Yes _____ No _____

_____

_____

Is there anything else you wish to tell us?  Yes _____ No _____

_____

_____

Interviewers comments: He said he felt something was going
to happen but he left at yard recall.

_____

_____

of Interviewer: _J W Parker_____        Witness: _____
                     (Print)                              (Print)

_J W Parker_____                    _____
                   (Signature)                            (Signature)

_____                     _____
                      (Title)                                (Title)

Interview Ended: _10:42_____

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

*FCI TR*

**P.S. 1380.05**
**August 1, 1995**
**Attachment N, Page 1**

**INSTITUTION**

## MASS INTERVIEW FORM

Interview of Inmate: *Cortez*　　Reg. No. *05760-0*　Unit/Cell *MCH A / 15*

Detail: *ORD MAY*　Topic of Interview: *Fight Rec YARD*

Place of Interview: *MCH A*　　　　　　　　　　*Beaumont*

Date & Time of Interview: *2-7-01  2:30*

---

*This inmate says He can Identify inmates.*

1. Do you know the victim? _____ From where? _____

   Did you see him/her today? _____ If so, when? _____ Where? _____

   With whom? _____

   By what name do you know the victim? _____

2. Where were you at the time of the incident? *On Rec YARD From 6:00 AM to 7:00 PM on*
   What were you doing? *Left YARD At 7:00th – inmates states he could*
   How long had you been there? *See a Crowd of People at Back of Handba*
   Who saw you in the area? *Court (Says You could tell something was going o*
   *with the TS, 2 inmates were talking to about 15 inm*
   *Could I Deatify Picture of inmates*

3. What do you know about the incident? (Explain): *Nothing*
   _____
   _____
   _____

4. Do you know what happened? (Explain): _____
   _____
   _____

5. Did you see the weapon? (Describe): _____
   _____
   _____

6. What have you been told about the incident? (By whom?): *Nothing*
   _____
   _____

U.S. DEPARTMENT OF JUSTICE                          P.S. 1380.05
Federal Bureau of Prisons                          August 1, 1995
                                                  Attachment N, Page 2

7.      Name of the alleged assailant(s): _____

        Name: _____  Reg. No. _____ Unit _____

        Nickname: _____  Assignment: _____

        Race: _____  Age: _____  Height: _____  Weight: _____

        Color of Hair: _____  Color of Eyes: _____

        Clothing Worn: _____

        Any other descriptive identifying marks, scars, tattoos, etc.? _____

        _____

        _____

8.      A detailed account of your activities/location for two hours prior to discovery of the victim:

        _____

        _____

        _____

9.      If you knew anything about the incident would you tell us?  Yes  ✓_____     No _____

10.     Is there anything else we should be asking you?       Yes _____     No  ✓_____

        _____

        _____

11.     Is there anything else you wish to tell us?           Yes _____     No _____

        _____

        _____

12.     Interviewers comments: _____

        _____

        _____

        _____

Name of Interviewer: _BROWN_____          Witness: _____
                         (Print)                                (Print)

                    _Brown_____          _____
                         (Signature)                            (Signature)

                    _Counsellor_____          _____
                         (Title)                                (Title)

Time Interview Ended: _____

Page3
Protective Custody
I-0678

On February 10, 2001, at 9:45 a.m., the SIS Office conducted an interview with inmate Gaytan #54862-198. Inmate Gaytan stated the(_____)got word a week ago about an assault on (_____) by the(_____)(_____) and(_____) in Leavenworth. Inmate Gaytan said the(_____)gang members did not back up the(_____) on their assault on the Texas Syndicate.

On February 10, 2001, at 9:50 a.m., the SIS Office conducted an interview with inmate Hammons #29501-077. Inmate Hammons provided the following statement: I was playing bocci ball with another inmate on the bocci ball court closest to the weight cage. I saw hordes of Mexican inmates running my way from the handball court. Half of them went around the weight cage and trapped two guys. Thirty to fourty of them attacked one guy playing dominoes. He got up and started knocking them down. He made his way to the inside basketball court for more room. Another inmate grabbed a bocci ball and ran towards the inmate getting assaulted by the wall near the bikes. He threw the bocci ball at his head. I could not recognize him. One inmate got hit with a red water jug. The water jug ended up near the soccer field. One inmate from Jim Wells A was leading the group assaulting one inmate. (Inmate Castro). Another inmate involved had a(_____) tattoo on his neck. It appeared the(_____) jumped the(_____) I don't know why it happened, the(_____) don't run anything on the yard. I think the(_____) would get hurt if they returned to the compound. People don't like what they did to the(_____)

On February 10, 2001, at 9:50 a.m., the SIS Office conducted an interview with inmate Hodges #09177-035. Hodges provided the following statement: I was in the weight cage working out when I heard people running. I saw a large group of Mexican inmates running. Half of them went towards the bocci ball court, half went around the weight cage like it was planned. ..........

On March 7, 2001, at 11:40 a.m., the SIS Office conducted an interview with inmate Brock #10471-035. Inmate Brock was provided a photograph spread sheet for identifying inmates. Brock made the following statement: I was sitting on the bleachers when I saw a large group of Mexican inmates by the handball court. One guy, (Castro) was being assaulted by several inmates. Inmate Lopez-Lopez #03511-188, was striking him with a water cooler. The cooler was bluish green with a white top. Inmate Castro-Guzman #07170-081, was kicking inmate Castro. Inmate Giles-Rodriguez #07267-081, was kicking inmate Castro. Inmates De Jesus Flores #11799-051, and ..#45..were also involved in the assault.

On March 7, 2001, at 10:00 a.m., the SIS Office conducted an interview with inmate Alvarez #62648-080. Inmate Alvarez provided the following statement: I went to the Recreation Yard at 7:00 p.m., and went to use the restroom when I saw several inmates fighting. I could not recognize the inmates fighting, nor would I identify them. I saw one inmate by the first name of "Jesus", on the ground being assaulted by about ten inmates.

On March 7, 2001, at 11:00 a.m., the SIS Office conducted an interview with inmate Cabrera #93405-079. Inmate Cabrera provided the following statement: I was lifting weights when I saw a group of inmates walk towards the handball court. They came back with even more inmates. About twenty to thirty inmates come running from behind the weight cage and started kicking an inmate by the bicicles. He covered up on the ground as they were kicking him. One inmate was

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 1

*\* If interviewing him, sort
him out with group, say
insolent dependent inmate,
will pull him off to the side.*

FCI Three Rivers

INSTITUTION

**MASS INTERVIEW FORM**

Interview of Inmate: MARTINEZ, Alfredo    Reg. No. 85652-079    Unit/Cell KB-103 (SEG)

Detail: F/S    Topic of Interview: _____

Place of Interview: Kevin Spirit Center office

Date & Time of Interview: 2-7-97 / 10:59 Am.

1.  Do you know the victim? Yes   From where? from the unit
    Did you see him/her today? Yes   If so, when? on the compound, unit, was   Where?
    With whom? Before the hit, he was by himself.
    By what name do you know the victim? Baza.

2.  Where were you at the time of the incident? @ the free weight pile.
    What were you doing? lifting weights
    How long had you been there? since 4:30pm
    Who saw you in the area? other inmates.

3.  What do you know about the incident? (Explain): that my friend Baza was
    doing crunches when a bunch of Border Brothers
    started hitting him.

4.  Do you know what happened? (Explain): I saw what happened but
    I don't know why.

5.  Did you see the weapon? (Describe): NO

6.  What have you been told about the incident? (By whom?): I saw the incident.

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**

P.S. 1380.05
August 1, 1995
Attachment N, Page 2

7.   Name of the alleged assailant(s): _Knows, but doesn't want to say who._

Name: _____   Reg. No. _____   Unit _____

Nickname: _____   Assignment: _____

Race: _____   Age: _____   Height: _____   Weight: _____

Color of Hair: _____   Color of Eyes: _____

Clothing Worn: _____

Any other descriptive identifying marks, scars, tattoos, etc.?
_States that one of the inmates that hit Ganz- has one B on each arm with another tatoo. He was on the compound & has a funny walk._

*States that all the one that did hit him 6'0" inmate are all border brothers.*

8.   A detailed account of your activities/location for two hours prior to discovery of the victim:
_Was in the weight pile around 6:30 & then around 7:00 pm I saw people running to the hard ball count & then I saw them hit my friend, inmate GANZA._

9.   If you knew anything about the incident would you tell us?   Yes __✓__   No _____

10.  Is there anything else we should be asking you?   Yes _____   No __✓__

_____
_____

11.  Is there anything else you wish to tell us?   Yes __✓__   No __✗__
_I want to know what happened with Jaime Jose in Room 101 KARNES B._

12.  Interviewers comments: _Cooperative to a degree but has more information that he is not willing to reveal._

Name of Interviewer _R. C. KARNES_
(Print)
_Richard C. Ross_
(Signature)
_CSW_
(Title)

Witness: _____
(Print)
_____
(Signature)
_____
(Title)

Time Interview Ended: _11.19 Am._