IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-154 FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF AMERICA | § § § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
GOVERNMENT TO PRODUCE INMATE WITNESSES**

ON THIS _____ day of _____, 2006, came on for consideration in the above entitled and numbered cause PLAINTIFF'S MOTION FOR THE GOVERNMENT TO PRODUCE INMATE WITNESSES, and after hearing evidence and argument of counsel, it is the opinion of the court that said motion should be GRANTED. The U. S. Government shall produce, if still in the custody of the United States Government, the following inmates:

1.  Plaintiff, Luis A. Garza #92434-079.

2.  Anibal Cabrera-Piris #93405-079.

3.  Antonio DeWayne Frazier #4622-079.

4.  Jose Luis Guzman-Posos #86842-074.

5.  George E. Hayes #03996-025.

6.  Robert Hammons #29501-077.

7.  John Gomez #05760-080.

8.  Manuel Montemayor #84122-079.

9.  Alfonso Martinez #85652-079.

10. Juan Humberto Munoz #33093-079.

11. Cesar Cisneros #82044-079.

on or before the _____ day of _____, 2006.

DONE on this _____ day of _____, 2006.

_____
JUDGE PRESIDING

Copies to:

Nancy Masso, Assistant US Attorney, 600 E. Harrison St. #201, Brownsville, Texas 78520
Barry R. Benton, Attorney at Law, 284 Ebony Ave., Brownsville, Texas 78520