**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, <br>     Plaintiff, | * <br> * <br> * | |
| v. | * <br> * | Civil Action No. B-02-154 |
| UNITED STATES OF AMERICA, <br>     Defendant. | * <br> * | |

***ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE***

Today, this Court considered the "Defendant's Unopposed Motion For Continuance of Final Pretrial Conference." Having reviewed the motion and considered the assertions made therein, this Court finds that the motion should be GRANTED.

THEREFORE, IT IS ORDERED that the Final Pretrial Conference be continued to _____, 2006, at _____ am/pm before this Honorable Court located on the third floor of the United States Court House at 600 East Harrison Street, Brownsville, Texas.

Signed: _____

                                                    HILDA G. TAGLE
                                                    UNITED STATES DISTRICT JUDGE
                                                    Southern District of Texas