## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS ALEJANDRO GARZA,<br>      Plaintiff, | *<br>*<br>* |
| v. | *   Civil Action No. B-02-154<br>* |
| UNITED STATES OF AMERICA,<br>      Defendant. | *<br>* |

### DEFENDANT'S RESPONSE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR GOVERNMENT TO PRODUCE INMATE WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Defendant herein, does not oppose "Plaintiff's Motion for Government to Produce Inmate Witnesses." However, Defendant respectfully prays that should this Court desire that writs be issued from the United States Attorney's Office, that it issue an order directing same.

In addition, in the event that the Government is successful at the conclusion of this litigation, Defendant desires to reserve any argument it may have supporting the position that the Plaintiff be required to reimburse the Government for any costs incurred to produce these witnesses.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

**/s/ Nancy L. Masso**
NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the true and foregoing "Defendant's Response of Non-Opposition to Plaintiff's Motion for Government to Produce Inmate Witnesses" was mailed on this the 3rd day of September, 2006 via Certified Mail, Return Receipt Requested to Barry R. Benton, Attorney at Law, 284 Ebony Avenue, Brownsville, TX 78520.

                                      **/s/Nancy L. Masso**
                                      NANCY L. MASSO
                                      Assistant United States Attorney