

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

2500 East T.C. Jester Blvd.
Houston, Texas 77008
September 21, 2006

<u>*Via Facsimile (956) 548-2549*</u>

Ms. Nancy Masso
Assistant United States Attorney
United States Attorney's Office
600 E. Harrison Street
Brownsville, Texas 78520

Dear Ms. Masso:

    Reference is made to the Federal Bureau of Investigation's (FBI) letter to you dated August 22, 2003, regarding copies of documents and evidence from the FBI's investigative file relative to Luis Alejandro Garza, et al.

    Please be advised all documents and evidence, to include any videotapes, audiotapes or still photographs, which had not been destroyed and which could be located were previously provided to you, including copies of the original surveillance videotapes taken at the Federal Correctional Institution at Three Rivers, Texas. The FBI could not locate the photographs of Mr. Garza taken at the hospital on February 8, 2001.

    If you need additional information please contact me at (713) 693-1806.

Sincerely,

Roderick L. Beverly
Special Agent in Charge

By: *[signature]*
William C. Haman
Chief Division Counsel

**DEFENDANT'S EXHIBIT A**