IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. B-02-154 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
|     Defendant. | * | |

### *ORDER DENYING PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY*

Today, this Court considered the "Plaintiff's Third Motion to Compel Discovery." Having reviewed the motion and considered the assertions made therein, this Court finds that the motion lacks merit.

THEREFORE, IT IS ORDERED that the "Plaintiff's Third Motion to Compel Discovery" be **DENIED**.


Signed: _____


                                                  HILDA G. TAGLE
                                                UNITED STATES DISTRICT JUDGE
                                                Southern District of Texas