United States District Court
Southern District of Texas
ENTERED

NOV 28 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. B-02-154 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on November 28, 2006, the Court **ORDERED** the United States Marshall to return inmate witnesses George E. Hayes (#03996-025) and John Gomez (#05760-080) to the custody of their original institutions.

On October 10, 2006, the Court granted in part and denied in part Plaintiff's Motion for Government to Produce Inmate Witnesses. Dkt. No. 72. In that Opinion and Order, the Court ordered the United States Marshall to produce inmates George E. Hayes and John Gomez to appear as witnesses for the trial of this case. *Id.* at 3. However, at this time the parties have notified the Court that they have agreed that it is not necessary to have these inmates appear as witnesses at trial. Therefore, the Court **ORDERS** the United States Marshall to return inmate witnesses George E. Hayes (# 03996-025) and John Gomez (# 05760-080) to the custody of their original institutions.

DONE at Brownsville, Texas, this 28 day of November, 2006.

Hilda G. Tagle
United States District Judge