**Masso, Nancy (USATXS)**

**From:** Masso, Nancy (USATXS)
**Sent:** Monday, November 27, 2006 6:11 PM
**To:** Barry Benton (Barry57@sbcglobal.net)
**Subject:** Garza v USA

Barry

Earlier today you called asking if I was going to have any problems with the exhibits you listed. When you mentioned the "mass interview forms" I told you I had no objection. However, at the time of our discussion, I assumed you were talking about the forms as they pertained the witnesses you plan to have testify at the trial. However, the exhibit list you filed shows that you plan to introduce non-trial witness interview forms--to wit, exhibits 4, 5, 6, 7, 8, 9, 10, 13, 14, and 15. At the time your exhibits were presented, your witness list showed that you intended to call the folks that these forms pertained to as witnesses at trial. Earlier today, however, you confirmed that these folks would not be testifying at the trial of this case. Consequently, I will be objecting to these exhibits. Please feel free to give me a call to discuss these exhibits.

Nancy Masso, AUSA

GOVERNMENT EXHIBIT 1
CA No. B-02-154