## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. B-02-154 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
|     Defendant. | * | |

## ORDER SUSTAINING DEFENDANT'S OBJECTIONS TO CERTAIN PLAINTIFF'S EXHIBITS

Today, this Court considered the "Defendant's Objections to Certain Plaintiff's Exhibits." Having reviewed the objections considered the assertions made therein, this Court finds that the objections should be SUSTAINED.

THEREFORE, IT IS ORDERED that the Defendant's objections to the admission of Plaintiff's Exhibits' Numbers 4, 5, 6, 7, 8, 9, 10, 13, 14, and 15 are sustained because they violate the hearsay rule. FRE, 801.

Signed: _____

                                          HILDA G. TAGLE
                                          UNITED STATES DISTRICT JUDGE
                                          Southern District of Texas