**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

**AMENDED**

| | |
|---|---|
| LUIS ALEJANDRO GARZA<br><br>vs.<br>UNITED STATES OF AMERICA | CIVIL ACTION Nº.  B-02-154 |

**Court Room Deputy:**

**Court Reporter:**

**WITNESS(es):**       **Judge:  Hon. Hilda G. Tagle**

    **Debra Romero**       **AUSA: Nancy Masso**

    **Willie Martin**       **Opposing Counsel: Barry Benton**

    **Joe Humme**       **Held at: 600 E. Harrison, Brownsville, Texas**

**Date:**

**Court Trial: X   Jury Trial:__ Hearing:__**

**Exhibit List of the United States of America**

# EXHIBIT LIST                    Page _1_ of _1_

| Nº. | Description | M A R | O F F | O B J | A D M | D A T | Disp. After Trial |
|---|---|---|---|---|---|---|---|
| 1 | Diagram of Recreation Yard at FCI, Three Rivers, Texas | | | | | | |
| 2 | Recreation Duties Memo dated March 1997 | | | | | | |
| 3 | Slow Motion Video | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |