UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 04 2006

Michael N. Milby, Clerk of Court

**SECOND AMENDED**

| LUIS ALEJANDRO GARZA vs. UNITED STATES OF AMERICA | CIVIL ACTION Nº. B-02-154 |
|---|---|

Court Room Case Manager: Stella Cavazos
Court Reporter: Heather Hall

**WITNESS(es):**     Judge: Hon. Hilda G. Tagle
**Debra Romero**     AUSA: Nancy Masso
**Willie Martin**    Opposing Counsel: Barry Benton
**Joe Humme**        Held at: 600 E. Harrison, Brownsville, Texas
**Carlos Duchesne, M.D.**  Date: Nov. 29-30, 2006 and Dec. 4, 2006
**Randall Webster**  Court Trial: X   Jury Trial:__ Hearing:__
**Francisco Lara**   Exhibit List of the United States of America

## EXHIBIT LIST

Page 1 of 1

| # | Description | | | | ✓ | |
|---|---|---|---|---|---|---|
| 1 | Diagram of Recreation Yard at FCI, Three Rivers, Texas | | | | ✓ | |
| 2 | Recreation Duties Memo dated March 1997 | | | | ✓ | |
| 3 | Slow Motion Video | | | | ✓ | |
| 4 | Special Housing Unit Data | | | | | |
| 5 | Garza Medical File Excerpts | | | | ✓ | |