IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-154 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

BE IT REMEMBERED that on March 12, 2007, the Court **ENTERED** final judgment in this case, pursuant to Federal Rule of Civil Procedure 58.

In its Opinion & Order dated March 9, 2007, the Court entered judgment in favor of Plaintiff. Dkt. No. 82. Accordingly, the Court **ORDERS** the Clerk of the Court to close this case.

DONE at Brownsville, Texas, this 12th day of March, 2007.

Hilda G. Tagle
United States District Judge