IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-154 |
| | § | FEDERAL TORT CLAIMS ACT |
| THE UNITED STATES OF | § | |
| AMERICA | § | |

## NOTICE OF WITHDRAWAL OF BILL OF COSTS

TO THE HONORABLE JUDGE AND CLERK OF THE COURT:

Plaintiff submits this his Notice of Withdrawal of Bill of Costs filed April 11, 2007. It has been brought to Plaintiff's counsel's attention that under the Southern District of Texas local rule 54.2, the bill of costs was to be filed within 14 days of the final judgment or March 26, 2007, and therefore Plaintiff's filing of bill of costs was untimely.

Respectfully submitted,

s/Barry R. Benton
Barry R. Benton
284 Ebony Avenue
Brownsville, Texas  78520
Telephone   : 956-546-9900
Facsimile    : 956-546-9997
State Bar No. 02176500
Federal I.D. No. 3968
**ATTORNEY FOR PLAINTIFF
LUIS ALEJANDRO GARZA**

## CERTIFICATE OF CONFERENCE

I CERTIFY that I have conferred with opposing counsel regarding this filing and she is unopposed.

s/Barry R. Benton
BARRY R. BENTON

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Withdrawal of Bill of Costs has been forwarded to attorney of record, to wit:

Ms. Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, #201
Brownsville, Texas 78520

on this 17th day of April, 2007.

s/Barry R. Benton
BARRY R. BENTON