United States District Court
Southern District of Texas
ENTERED

MAY - 1 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUIS ALEJANDRO GARZA, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-154 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED that on April 30, 2007, the Court considered Plaintiff's Notice of Withdrawal of Bill of Costs. Dkt. No. 85.

The Court is in receipt of Plaintiff's filing. Dkt. No. 85. Although styled as a notice of withdrawal, the Court construes Plaintiff's filing as a motion to withdraw his Bill of Costs, Dkt. No. 84. *Id.* Therefore, the Court **GRANTS** Plaintiff's filing, Dkt. No. 85, and **DISMISSES** Plaintiff's Bill of Costs, Dkt. No. 84.

DONE at Brownsville, Texas, this 30th day of April, 2007.

Hilda G. Tagle
United States District Judge