IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUIS ALEJANDRO GARZA,<br>    Plaintiff, | *<br>*<br>* |
| v. | *   Civil Action No. B-02-154<br>* |
| UNITED STATES OF AMERICA,<br>    Defendant. | *<br>* |

**NOTICE OF SATISFACTION OF JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

    Please be advised that the Judgment rendered in this case has been paid by the Defendant to the Plaintiff through his attorney of record, Barry R. Benton.  On or about July 25, 2007, Attorney Barry Benton confirmed with the undersigned counsel for the Defendant that the Judgment and post judgment interest has been paid in full satisfaction of the Judgment rendered herein.

    SUBMITTED BY:

    UNITED STATES OF AMERICA,
        Defendant,

    DONALD J. DeGABRIELLE, JR.
    UNITED STATES ATTORNEY

    By:   **/s/ Nancy L. Masso**
           Nancy L. Masso
           Assistant United States Attorney
           600 E. Harrison St., #201
           Brownsville, TX 78520
           TEL: (956) 548-2554
           FAX: (956) 548-2549
           State Bar No. 00800490
           Federal ID No. 10263

CERTIFICATE OF SERVICE

    On August 1, 2007, a true and correct copy of this pleading was mailed to Plaintiff's Attorney, Barry Benton, Attorney at law, 284 Ebony Avenue, Brownsville, TX 78520, via first class mail.

    **/s/Nancy L. Masso**
NANCY L. MASSO
Assistant United States Attorney